HONORABLE **Thompson**

DEPUTY CLERK _____ RPTR/TAPE **DH**

CT exmhrg (October 17, 2001

TOTAL TIME: ___ hours ___ minutes

DATE **3/19/04**

START TIME **4:30pm**    END TIME **4:35pm**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____    (if more than 1/2 hour)

CIVIL NO. **3:02CV2130**

§
§
§
§
§

**Fair Haven**

vs.

**John DeStefano, et al.**

**John Williams**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Martin Echter**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing **by phone**
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☒ #23 | Motion **for temporary injunction** | ☐ | ☒ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | granted | ☐ denied | advisement |
| ☐ | Oral Motion | granted | ☐ denied | advisement |
| ☐ | Oral Motion | granted | ☐ denied | advisement |
| ☐ | Oral Motion | granted | ☐ denied | advisement |

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

**Scheduling order amended**

| | | filed | docketed |
|---|---|---|---|
| ☐ | | ☐ | ☐ |
| ☐ | | ☐ | ☐ |
| ☐ | | ☐ | ☐ |
| ☐ | | ☐ | ☐ |
| ☐ | | ☐ | ☐ |
| ☐ | | ☐ | ☐ |
| ☐ | | ☐ | ☐ |
| ☐ | | ☐ | ☐ |
| ☐ | | ☐ | ☐ |

☐ Hearing continued until _____