UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FAIR HAVEN DEVELOPMENT CORPORATION | : |
| VS. | : NO. 3:02CV2130(AWT) |
| JOHN DeSTEFANO,<br>JULIO GONZALEZ,<br>ANDREW J. RIZZO, JR. and<br>CITY OF NEW HAVEN | :<br>:<br>: SEPTEMBER 25, 2003 |

### RENEWED MOTION FOR TEMPORARY INJUNCTION

The plaintiff respectfully moves that this court issue a temporary injunction requiring the defendants forthwith to release the funds which they are withholding from the plaintiff, as described in the complaint and in the affidavit of Harvey Edelstein submitted in June, 2003, and currently on file with the court.

FILED 2004 MAR 22 A 10: 14

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
Its Attorney

DENIED, as moot.
It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT  3/19/04