**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
---------------------------x
                           :
FAIR HAVEN DEVELOPMENT     :
CORPORATION,               :
                           :
         Plaintiff,        :
                           :
v.                         :     Civil No.3:02CV02130(AWT)
                           :
JOHN DESTEFANO, et al.,    :
                           :
         Defendants.       :
                           :
---------------------------x
```

**AMENDED SCHEDULING ORDER**

In accordance with the discussion during a status conference held on the record today, the scheduling order is hereby amended as follows:

1. The plaintiff shall disclose any expert witnesses on or before April 19, 2004.

2. The defendant shall disclose any expert witnesses on or before May 3, 2004.

3. Discovery shall be completed on or before May 28, 2004.

4. Dispositive motions, if any, shall be filed on or before June 15, 2004.

It is so ordered.

Dated this 19th day of March, 2004, at Hartford, Connecticut.

_____/S/_____
Alvin W. Thompson
United States District Judge