AO 458 (Rev. 5/85)    Appearance

_____
_____

# United States District Court

_____DISTRICT OF CONNECTICUT_____

# APPEARANCE

**FAIR HAVEN DEVELOPMENT CORPORATION**

**VS.**                                    **CASE NUMBER:   3:02CV02130 (AWT)**

**JOHN DESTEFANO, ET AL**


To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for all the defendants.


| | |
|---|---|
| December 22, 2004 | /s/_____ |
| *Date* | *Signature* |
| | |
| | Michael A. Wolak, III_____ |
| | *Print Name* |
| | |
| | Ct12681_____ |
| | *Federal Bar Number* |
| | |
| | 165 Church Street, 4th Floor_____ |
| | *Address* |
| | |
| | New Haven     CT     06510 |
| | *City         State     Zip Code* |
| | |
| | (203) 946-7970_____ |
| | *Phone Number* |
| | |
| | (203) 946-7942_____ |
| | *Fax Number* |
| | |
| | Mwolak@newhavenct.net_____ |
| | *E-mail* |

## **CERTIFICATION**

  **THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid on December 22, 2004 to the following:

John R. Williams, Esq.
51 Elm Street
Suite 409
New Haven, CT  06510

                _____
                Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D022\P003\00007501.DOC