UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FAIR HAVEN DEVELOPMENT         :        NO. 3:02CV02130(AWT)
CORPORATION
    Plaintiff

VS.                            :

JOHN DESTEFANO, ET AL.         :        FEBRUARY 17, 2005
    Defendants

## APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for:

    **All the defendants**

February 17, 2005            /s/_____
*Date*                                    *Signature*

                                       Rodger W. Lehr, Jr.
                                       Deputy Corporation Counsel
                                       *Print Name*

                                       165 Church Street, 4th Floor
                                       New Haven, CT 06510
                                       *Mailing Address*

                                       (203) 946-7964
                                       *Phone Number*

                                       (203) 946-7942
                                       *Fax Number*

                                       rlehr@newhavenct.net
                                       *Email Address*

                                       ct007208
                                       *Federal Bar Number*

## Certificate of Service

      I, Rodger W. Lehr, Jr., hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, to all counsel and pro se parties of record on February 17, 2005:

John R. Williams, Esquire
Law Offices of Williams & Pattis
51 Elm Street, 4th Floor
New Haven, CT 06510

                                              /s/_____
                                              Rodger W. Lehr, Jr.