UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FAIR HAVEN DEVELOPMENT CORPORATION : | |
| VS. : | NO. 3:02CV2130(AWT) |
| JOHN DeSTEFANO, : | |
| JULIO GONZALEZ, : | |
| ANDREW J. RIZZO, JR. and : | |
| CITY OF NEW HAVEN : | JANUARY 22, 2006 |

### PLAINTIFF'S LOCAL RULE 41(a) EXPLANATION

This action should not be dismissed for failure to prosecute because the plaintiff has this day filed its Trial Memorandum and the case is ready for immediate trial. The plaintiff requests that a trial date be assigned promptly.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
Its Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was mailed to Michael A. Wolak, III, Esq., Assistant Corporation Counsel, and Rodger W. Lehr, Jr., Deputy Corporation Counsel, City Hall, 165 Church Street, New Haven, CT 06510.

_____
 JOHN R. WILLIAMS