UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FAIR HAVEN DEVELOPMENT         :     NO. 3:02CV02130(AWT)
CORPORATION
    Plaintiff

VS.                            :

JOHN DESTEFANO, ET AL.         :     MARCH 1, 2006
    Defendants

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

**All the defendants**

March 1, 2006            /s/_____
Date                           *Signature*

                              Jennifer C. Vickery
                              Assistant Corporation Counsel
                              *Print Name*

                              165 Church Street, 4th Floor
                              New Haven, CT 06510_____
                              *Mailing Address*

                              (203) 946-7963_____
                              *Phone Number*

                              (203) 946-7942_____
                              *Fax Number*

                              jvickery@newhavenct.net_____
                              *Email Address*

                              Ct24089_____
                              *Federal Bar Number*

Certificate of Service

      I, Jennifer C. Vickery, hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, to all counsel and pro se parties of record on March 1, 2006:

John R. Williams & Associates
51 Elm Street, Suite 409
New Haven, CT 06510

/s/_____
Jennifer C. Vickery