UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FAIR HAVEN DEVELOPMENT CORP.    :

   v.    :    CASE NO. 3:02CV2130 (AWT)

JOHN DeSTEPHANO, ET AL.    :

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to __Senior Judge Ellen Bree Burns__. All further pleadings or documents in this matter should be filed with the Clerk's Office in __New Haven__, and shall bear the docket number 3:02CV2130 (EBB). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this 1st day of June, 2006.

                                    /s/
                              Alvin W. Thompson
                     United States District Judge