UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FAIR HAVEN DEVELOPMENT CORP. :

      v.                 : NO. 3:02CV02130(EBB)

JOHN DeSTEFANO, ET AL    :

## ORDER OF TRANSFER

In the interest of justice, the above case is hereby transferred to the docket of The Honorable Alvin W. Thompson, United States District Judge. All future pleadings should be filed in Hartford, Connecticut bearing the initials "AWT."

Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a)].

SO ORDERED.

/ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, Connecticut, this _____ day of June, 2006.

AO 72A
(Rev.8/82)