UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FAIR HAVEN DEVELOPMENT CORPORATION | : | NO. 3:02CV02130(AWT) |
|     Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| JOHN DESTEFANO, ET AL. | : | July 25, 2006 |
|     Defendants | : | |

## MOTION TO CONSOLIDATE AND AMEND SCHEDULING ORDERS

Defendants move to consolidate the instant case with a related matter bearing the same case title, <u>Fair Haven Development Corporation v. John DeStefano, et al</u>., and the docket number 3:02CV01069 (CFD)(AWT). Both cases are currently pending in this Court.

Pursuant to the status conference held March 17, 2006 before this Court, the defendants with the consent of the plaintiffs and this Court filed a Motion to Transfer docket number 3:02CV01069 (CFD) to this Court. On July 10, 2006, the Hon. Christopher F. Droney, United States District Court Judge, District of Connecticut, granted the Motion to Transfer.

At the March 17, 2006 status conference, counsel for the plaintiff and defendants further agreed to file a stipulated motion for consolidation, and for entry of a new scheduling order to govern both matters. The parties therefore propose the following scheduling order:

| | |
|---|---|
| Discovery deadline: | October 15, 2006 |
| Dispositive Motions: | November 15, 2006 |
| Joint Trial Memorandum: | December 15, 2006 |

Witness List:                December 15, 2006

Trial ready:                 January 15, 2007

WHEREFORE, the parties move this court for entry of an order to consolidate and amend scheduling orders in this case.

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,

/s/_____
Jennifer C. Vickery
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510
Telephone:  (203) 946-7958
Facsimile:  (203) 946-7942
Juris No. ct24089
jvickery@newhavenct.net
Their Attorney

**Certificate of Service**

I, Jennifer C. Vickery, hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, on July 25, 2006, to the following counsel and pro se parties of record:

John R. Williams & Associates
51 Elm Street, Suite 409
New Haven, CT  06510

/s/_____
Jennifer C. Vickery