UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FAIR HAVEN DEVELOPMENT CORPORATION<br>　　　Plaintiff | : | CIVIL ACTION NO.<br>3:02 CV 02130 (AWT) |
| VS. | : | |
| JOHN DESTEFANO, ET AL.<br>　　　Defendants | : | AUGUST 3, 2006 |

### MOTION TO WITHDRAW APPEARANCE OF
### MARTIN S. ECHTER, ESQUIRE

The undersigned attorney of record respectfully moves to withdraw my Appearance in the above-captioned matter.

Other counsel have long ago entered Appearances in addition to or in lieu of my representation.

I am no longer employed in that capacity.  I have not been employed by the City of New Haven and I have not done any work in this lawsuit since the Fall of 2004.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　_____/S/
　　　　　　　　　　　　　　MARTIN S. ECHTER
　　　　　　　　　　　　　　Federal Bar No. ct07596
　　　　　　　　　　　　　　Law Office of Patricia A. Cofrancesco
　　　　　　　　　　　　　　89 Kimberly Avenue
　　　　　　　　　　　　　　East Haven, CT 06512
　　　　　　　　　　　　　　Phone: (203) 467-6003
　　　　　　　　　　　　　　Fax: (203) 467-6004

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

<u>Certificate of Service</u>

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, postage prepaid, to:

Attorney Michael A. Wolak, III
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Attorney Jennifer Vickery
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Attorney John R. Williams
Law Office of John R. Williams
51 Elm Street, 4th Floor
New Haven, CT 06510

this 3rd day of August, 2006.

                                                             _____/S/
                                                              Martin S. Echter, Esquire

Case 3:02-cv-02130-AWT    Document 40    Filed 08/07/2006    Page 3 of 3