UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FAIR HAVEN DEVELOPMENT CORPORATION** | : | NO. 3:02CV02130(AWT) |
|     Plaintiff | | |
| **VS.** | : | |
| **JOHN DESTEFANO, ET AL.** | : | NOVEMBER 15, 2006 |
|     *Defendants* | | |

### 1st MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

Defendant, pursuant to Fed. R. Civ. P. 7(b) and D. Conn. L. Civ. R. 7(b), hereby moves the Court to enlarge the time for filing a responsive pleading, for an additional thirty (30) days, up to and including December 13, 2006 on the grounds that undersigned counsel has just received this file and needs additional time to investigate this matter and prepare an appropriate response.

In accordance with D. Conn. L. Civ. R. 7(b) the undersigned represents that plaintiff's counsel was advised and that there is no objection to this motion being granted.

This is the defendant's first request for enlargement of time within which to file a responsive pleading.

**ORAL ARGUMENT NOT REQUESTED**

                        THE DEFENDANT, CITY OF NEW HAVEN

                    BY:   /s/_____
                              Its Attorney,
                              Jennifer C. Vickery
                              Deputy Corporation Counsel
                              City of New Haven
                              Office of Corporation Counsel
                              165 Church Street
                              New Haven, CT 06510
                              Tel. #:  (203)946-7963
                              Fax #:  (203) 946-7942
                              E-mail: jvickery@newhavenct.net
                              Fed. Bar #ct24089

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was delivered electronically and/or mailed, postage prepaid, on November 15, 2006, to the following counsel of record:

John R. Williams & Associates
51 Elm Street, Suite 409
New Haven, CT  06510

                              /s/_____
                                  Jennifer Vickery