UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FAIR HAVEN DEVELOPMENT CORPORATION** | : | NO. 3:02CV02130(AWT) |
| Plaintiff | | |
| VS. | : | |
| JOHN DESTEFANO, ET AL. | : | NOVEMBER 16, 2006 |
| *Defendants* | | |

### DEFENDANTS' SUBSTITUTE 1ˢᵗ MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTION

Defendants, pursuant to Fed. R. Civ. P. 26(F) and D. Conn. L. Civ. R. 26(F), hereby file this motion in substitution for the motion filed yesterday, to correct several scribner's errors. Defendants move the Court to enlarge the time for filing a dispositive motion, for an additional thirty (30) days, up to and including December 15, 2006 on the grounds that due to the departure of one of the four trial attorneys in this office, the undersigned counsel has been required to assist with coverage on a number of additional cases, and needs additional time to complete the research needed for the motion.

In accordance with D. Conn. L. Civ. R. 7(b) the undersigned represents that she consulted with plaintiff's counsel and there is no objection to this motion being granted.

This is the defendants' first request for enlargement of time within which to file a dispositive motion.

**ORAL ARGUMENT NOT REQUESTED**

THE DEFENDANT, CITY OF NEW HAVEN

BY: /s/_____
Its Attorney,
Jennifer C. Vickery
Deputy Corporation Counsel
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT 06510
Tel. #: (203)946-7963
Fax #: (203) 946-7942
E-mail: jvickery@newhavenct.net
Fed. Bar #ct24089

## **CERTIFICATION**

This is to certify that a copy of the foregoing was delivered electronically and/or mailed, postage prepaid, on November 16, 2006, to the following counsel of record:

John R. Williams & Associates
51 Elm Street, Suite 409
New Haven, CT  06510

/s/_____
Jennifer Vickery