UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FAIR HAVEN DEVELOPMENT CORPORATION** | : | **NO. 3:02CV02130(AWT)** |
| Plaintiff | | |
| **VS.** | : | |
| **JOHN DESTEFANO, ET AL.** | : | **DECEMBER 15, 2006** |
| *Defendants* | | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTION

Defendants move the Court to enlarge by an additional thirty (30) days, up to and including January 15, 2007, the deadline for filing a motion for summary judgment on the grounds that due to the resignation of the undersigned, the Corporation Counsel's Office needs additional time to complete the motion. Plaintiff's counsel takes no position on this motion being granted. This is the defendants' second request for enlargement of time to file a dispositive motion.

**ORAL ARGUMENT NOT REQUESTED**

                                        THE DEFENDANTS

                                        BY:   /s/_____
                                              Their Attorney,
                                              Jennifer C. Vickery
                                              Deputy Corporation Counsel
                                              City of New Haven
                                              Office of Corporation Counsel
                                              165 Church Street
                                              New Haven, CT 06510
                                              Tel. #:  (203)946-7968
                                              Fax #:  (203) 946-7942
                                              E-mail: jvickery@newhavenct.net
                                              Fed. Bar #ct24089

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was delivered electronically and/or mailed, postage prepaid, on December 15, 2006, to the following counsel of record:

John R. Williams & Associates
51 Elm Street, Suite 409
New Haven, CT  06510

                                        /s/_____
                                              Jennifer Vickery