UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FAIR HAVEN DEVELOPMENT CORPORATION** | : | NO. 3:02CV02130(AWT) |
|     Plaintiff | | |
| **VS.** | : | |
| **JOHN DESTEFANO, ET AL.** | : | JANUARY 3, 2007 |
|     Defendants | | |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

**All the defendants**

January 3, 2007            /s/_____
Date                                  *Signature*

Audrey C Kramer
Assistant Corporation Counsel
*Print Name*

165 Church Street, 4th Floor
New Haven, CT 06510
*Mailing Address*

(203) 946-7958
*Phone Number*

(203) 946-7942
*Fax Number*

akramer@newhavenct.net
*Email Address*

Ct14520
*Federal Bar Number*

Certificate of Service

    I, J Audrey C. Kramer, hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, to all counsel and pro se parties of record on January 3, 2007:

John R. Williams & Associates
51 Elm Street, Suite 409
New Haven, CT  06510


/s/_____
Audrey C. Kramer