UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FAIR HAVEN DEVELOPMENT CORPORATION** | : | NO. 3:02CV02130(AWT) |
| *Plaintiff* | | |
| **VS.** | : | |
| **JOHN DESTEFANO, ET AL.** | : | JANUARY 9, 2007 |
| *Defendants* | | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTION

Defendants move the Court to enlarge by an additional thirty (30) days after the settlement conference scheduled in this matter for January 23, 2007, up to and including February 22, 2007, the deadline for filing a motion for summary judgment on the grounds that such motion may not be necessary if this matter should resolve at the settlement conference.

Plaintiff's counsel has no opposition to this motion being granted. This is the defendants' third request for enlargement of time to file a dispositive motion.

THE DEFENDANTS

BY:  /s/_____
Audrey C. Kramer
Assistant Corporation Counsel
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT 06510
Tel. #:  (203)946-7964
Fax #:  (203) 946-7942
E-mail:akramer@newhavenct.net
Fed. Bar #ct14520
Their Attorney,

**ORAL ARGUMENT NOT REQUESTED**

**<u>CERTIFICATION</u>**

      This is to certify that a copy of the foregoing was delivered electronically and/or mailed, postage prepaid, on January 9, 2007, to the following counsel of record:

John R. Williams & Associates
51 Elm Street, Suite 409
New Haven, CT  06510

                          /s/_____
                              Audrey Kramer