**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **FAIR HAVEN DEVELOPMENT** | : | **NO. 3:02CV02130(AWT)** |
| **CORPORATION** | : | |
| **Plaintiff** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **JOHN DESTEFANO, ET AL.** | : | |
| **Defendants** | : | **JANUARY 12, 2007** |

## <u>MOTION TO WITHDRAW APPEARANCE OF JENNIFER C. VICKERY</u>

Pursuant to Rule 7(e), Local R. Civ. Proc., the undersigned attorney of record respectfully moves to withdraw my Appearance for the defendants, John DeStefano, Jr., Julio Gonzalez, Andrew J. Rizzo, Jr. and City of New Haven in the above-captioned matter.  In support, the undersigned represents as follows:

1.      I appeared on behalf of the defendants while employed by the City of New Haven, but I resigned from my position effective January 5, 2007.

2.      Other counsel has appeared for said defendants.

3.      As required by Local Rule 7(e), said defendants have been given notice of this motion by personal service or certified mail as noted in the certification of service attached hereto.

Respectfully submitted,


BY:/s/_____
       Jennifer C. Vickery
       P.O. Box 1281
       291 Whitney Avenue, 4th Floor
       New Haven, CT 06505-1281
       Phone: (203) 809-0223
       Fax: (203) 498-8223
       Federal Bar No. ct24089

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on January 12, 2007 to the following counsel of record, to wit:

John R. Williams & Associates
51 Elm Street, Suite 409
New Haven, CT  06510

Martin S. Echter, Esquire
Attorney Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512

Audrey C. Kramer
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Street 4th Floor
New Haven, CT 06510

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Street 4th Floor
New Haven, CT 06510

And a copy was delivered by hand to:

Mayor John DeStefano, Jr.
City of New Haven
165 Church Street
New Haven, CT 06510

City of New Haven
C/O Thomas W. Ude, Jr., Corporation Counsel
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510

Andrew J. Rizzo, Jr.
Livable City Initiative
City of New Haven
165 Church Street
New Haven, CT 06510

And a copy was sent certified mail to:

Julio Gonzalez
49 Showers Drive, Y479
Mountainview, CA  90404

/s/_____
　　　Jennifer C. Vickery