**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------x
                              :
FAIR HAVEN DEVELOPMENT        :
CORPORATION,                  :
                              :
          Plaintiff,          :
                              :
v.                            :    Civil No.3:02CV02130(AWT)
                              :
JOHN DESTEFANO, et al.,       :
                              :
          Defendants.         :
                              :
-----------------------------x
```

## ORDER RE SETTLEMENT CONFERENCE

A settlement conference was scheduled to take place on January 23, 2007 in accordance with the Notice to Counsel (Doc. No. 48) issued on December 21, 2006.  The plaintiff failed to file a confidential ex parte statement as required by the Notice to Counsel.  In addition, even though the Notice to Counsel required that all parties and counsel be present at the settlement conference, the plaintiff did not appear.  The settlement conference is hereby rescheduled for February 2, 2007 at 10:00 a.m. before Parajudicial Officer James R. Hawkins. The requirements set forth in the Notice to Counsel (Doc. No. 48) pertaining to the January 23, 2007 scheduled conference apply to the February 2, 2007 conference.  If the plaintiff fails to comply with this Notice to Counsel, sanctions will be imposed unless the plaintiff demonstrates good cause for noncompliance.

It is so ordered.

Dated this 25th day of January 2007 at Hartford, Connecticut.

_____/s/AWT_____
Alvin W. Thompson
United States District Judge