UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FAIR HAVEN DEVELOPMENT CORPORATION | : | NO. 3:02CV02130 (AWT) |
|     Plaintiff | : | |
| V. | : | |
| JOHN DESTEFANO, ET AL. | : | |
|     Defendants | : | MARCH 5, 2007 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of Fed. R. Civ. Proc., and Rule 56 of the Local Rule of Civil Procedure, the defendants, John DeStefano, et al move for summary judgment in their favor on the plaintiff's complaint, because there is no genuine dispute of material fact and the defendants are entitled to judgment as a matter of law.

A memorandum of law accompanies this motion, and the following exhibits are attached hereto in support:

### EXHIBITS

    1.    Affidavit of Andrew Rizzo with attached Documents.

    3.    Affidavit of Kevin Berry with attached Documents.

    4.    Affidavit of Elizabeth Smith with attached Documents.

**ORAL ARGUMENT REQUESTED**

Wherefore, summary judgment must enter in favor of the defendants, City of New Haven, et al.

>THE DEFENDANTS,
>JOHN DESTEFANO, ET AL
>
>/s/:_____
>  Audrey C. Kramer
>  Assistant Corporation Counsel
>  Office of the Corporation Counsel
>  165 Church Street
>  New Haven, CT 06510
>  Telephone No.: (203) 946-7964
>  Fax No.: (203) 946-7942
>  E-mail: Akramer@newhavenct.net
>  Federal Bar No. CT14520

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing motion, with a copy of its attached exhibits, was mailed postage prepaid on the 5th day of March 2007, to the following counsel of record and/or pro se parties:

John R. Williams, Esq.
Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

>/s/:_____
>  Audrey C. Kramer

J:\CYCOM32\WPDOCS\D019\P002\00004419.DOC