UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FAIR HAVEN DEVELOPMENT CORPORATION | : | NO. 3:02CV02130 (AWT) |
|     Plaintiff | : | |
| VS. | : | |
| | : | |
| JOHN DESTEFANO, ET AL. | : | |
|     Defendants | : | MARCH 5, 2007 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, John DeStefano, et al have manually filed the following documents: Affidavit of Andrew Rizzo with exhibits; Affidavit of Kevin Barry with exhibits; and Affidavit of Elizabeth Smith with exhibits. These documents have not been filed electronically because the signed Affidavits with exhibits cannot be converted to an electronic format.

The signed Affidavits with exhibits have been manually served on all parties.

Respectfully submitted,
THE DEFENDANTS

/s/_____
Audrey C. Kramer
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone: (203) 946-7958
Facsimile: (203) 946-7942
Juris No. ct14520
akramer@newhavenct.net
Their Attorney

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served the foregoing by causing a copy to be delivered electronically and/or mailed postage prepaid to all counsel and pro se parties of record on March 5, 2007:

John R. Williams & Associates
51 Elm Street, Suite 409
New Haven, CT  06510


                                                /s/_____
                                                  Audrey C. Kramer