UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FAIR HAVEN DEVELOPMENT CORPORATION | : |
| VS. | : NO. 3:02CV2130 (AWT) |
| JOHN DeSTEFANO, ET AL. | : MARCH 15, 2007 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

      The plaintiff, FAIR HAVEN DEVELOPMENT CORPORATION, respectfully requests an extension of time of fourteen (14) days to April 9, 2007, to respond to defendants' Motion for Summary Judgment for the following reasons:

1. The plaintiff's counsel was on vacation from March 1-12 and was not able to address this motion until the week of March 13.

2. Plaintiff's counsel's required court time and response to another motion for summary judgment will impose a difficult time constraint upon producing a comprehensive response to defendants' motion.

3. Plaintiff's counsel contacted counsel for the defendants by e-mail on March 12 but has had no response to the requested extension.

WHEREFORE, for the reasons set forth above, plaintiff respectfully requests that the motion be granted.

THE PLAINTIFF
Fair Haven Development Corporation


_____/s/_____
Katrena Engstrom
Fed. Bar No. ct09444
John R. Williams and Associates, LLC
51 Elm St.
New Haven, CT 06510
(203)562-9931
Fax: 776-9494
Kengstrom@johnrwilliams.com

CERTIFICATION OF SERVICE

I hereby certify that on the date set forth above, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.


____/s/_____
Katrena Engstrom