**EXHIBIT 2**



Waldo Emerson Williams
Vice President
Business Development Manager
209 Church Street
New Haven, CT 06510

203 821-2470 (Office)  203 821-2478 (Fax)
203 640-1741 (Cell/Pager)
waldo.williams@citizensbank.com

June 17, 2002

Harvey Edelstein
CEO/Director of Operations
Fair Haven Development Corporation
153 Lloyd Street
New Haven, CT 06513

Re: Phase I – Rehabilitation Initiative

Dear Mr. Edelstein:

Citizens Bank is pleased to support the Fair Haven Development Corporation Homeownership Rehabilitation Initiative. Your efforts to rehabilitate blighted and vacant buildings and promote revitalization in the Fair Haven neighborhood through residential, economic and community development adds tremendous value to the advancement of the entire city of New Haven.

Please accept this letter as Citizens commitment to provide financing through our Non-profit Construction loan program. Our preliminary analysis suggests that the total financing for Phase I will be for $365,000 – two loans for $120,000 and one loan for $125,000. Of course, this financing will be subject to a final appraisal and loan underwriting, including a disbursement schedule and other usual and customary conditions.

Should you require any additional information, please feel free to contact me at the above reference.

Sincerely,

Waldo Emerson Williams
Vice President
Citizens Bank and
Citizens Mortgage Corporation