# EXHIBIT 3

Kathy A. Johnson
Senior Counsel
Legal Department

**people's bank**

People's Bank
Bridgeport Center, 850 Main Street
Bridgeport, Connecticut 06604-4913

203.338.2003   Fax: 203.338.3665
kajohns@peoples.com

October 4, 2004

Ms. Paulette Vass
Federal Home Loan Bank of Boston
111 Huntington Avenue
Boston, MA 02199

VIA FAX AND OVERNIGHT MAIL

RE:   FHDC HOMEOWNERSHIP INITIATIVE II
      AHP APPLICATION – MEMBER UNDERWRITING

Dear Ms. Vass:

People's Bank (People's) is submitting this letter to you for the Member Underwriting section of the AHP Application being filed today in connection with the FHDC Homeownership Initiative II ("Initiative"). The sponsor of this Initiative is the Fair Haven Development Corporation (FHDC). This Initiative will create seven multi-family homes, each of which will include one homeowner unit and one rental unit. People's will be making end loans to qualified low-income first time homebuyers of these homes.

*FHDC Experience*
FHDC, a non-profit organization founded ten years ago, has experience in the development of affordable homes and with providing homeownership training and other services in the Fair Haven area. Indeed the FHLBB has supported a recent FHDC project in the AHP Program resulting in the creation of six affordable homes. Theo Noell, the Senior Community Investment Manager assigned to that project reports that it went smoothly and that FHDC was diligent in filing reports and providing other information in a timely fashion. Enclosed is a release produced by FHDC describing its recent activities and accomplishments. A picture of the groundbreaking on the AHP project discussed above appears on the first page along with a description of FHDC and its goals. The release also describes FHDC's experience with homeownership education programs and lists FHDC housing acquisitions and rehabilitations from 2002 to 2004.

*End Loan Financing Underwriting Analysis and Commitment*
As part of this Initiative People's is committed to making at least $213,600 in mortgage loans to qualified first time home buyers with 50% or less of Area Median Income. We have enclosed a description of the loans offered in People's Bank's Affordable Mortgage Program which People's expect will most likely be the type of mortgage loans made. The rate on these loans on October 1, 2004 was 5.625% APR. Based on our analysis set forth below, we believe that otherwise qualified low-income borrowers will be able to qualify for a loan under this program.

PAM product underwriting guidelines allow for the deduction of the rental income from the PITI calculation which helps to improve borrowers' qualifying ratios. Using the 50% AMI income for a family of 3 (as reflected in the AHP Application) the following scenario would apply:

50% AMI family of 3 = $31,950
Monthly income = $2,662.50
Rental Income from subject property = $700.00 x 75% = $525.00
Loan Amount = $115,950.00
Rate = 6%
Term = 30 years
Maximum qualifying total debt ratio = 40%

P&I =       $ 695.17
Taxes =      250.00
Insurance=    75.00 (Projected cost per the Detailed/Consolidated Development Sources/Uses Budget)
PITI=       $1,020.17
            - 525.00 (Rental income from subject property second unit)
             495.17 (Payment from borrower)

Qualifying ratios =            $495.17 / $2,662.50 = 18.60%
Maximum Allowable debt load = $570.00
                              $1,065.17 / $2,662.50 = 40.01%

People's has received property value information concerning comparable property values based on sales of multi-family homes during the past 3-6 months in the same area as the properties included in the AHP Application. Based on this information, People's is comfortable that the properties will be able to sell for the projected sales prices set forth in the AHP Application.

People's and FHDC have discussed the importance of making the availability of financing from People's known to prospective homebuyers. People's will require that marketing be targeted to low-income first time homebuyers and that information concerning loans for qualified low-income buyers be made readily available to potential homebuyers. Based on the above analysis People's is confident that it will make the mortgage loans in accordance with its commitment to make loans to qualified borrowers with 50% or less of Area Median Income in a total amount equal to at least $213,600.

## *FHDC QUALIFICATION*

We have spoken with Maureen Hansen, Housing Specialist/Lending Officer from Connecticut Housing Investment Fund (CHIF). She advises that CHIF has had a good relationship with FHDC and that at such time as FDHC is ready to move forward, CHIF remains interested in making the construction loan and providing appraisal gap financing, as described in her letter included in the AHP Application. Ms. Hansen stated that CHIF has done projects with FHDC in the past and has been satisfied with its performance. She mentioned that the HUD-approved inspector who has inspected past work done by FHDC always found it to be satisfactory.

The Vice President, New Haven Region Manager for Commercial Real Estate for People's Bank, has reviewed the AHP Application. Based upon his expertise and knowledge of construction in the area, People's believes that it is reasonable to conclude that the project may be successfully completed as described therein. People's will obtain more detailed financial information concerning the FHDC at the time the AHP Agreement is signed to confirm that FHDC remains qualified to undertake the obligations described in the AHP Application.

People's Bank is pleased to be working with FHDC on this AHP Application and hopes that it will be approved in this round. Thank you and please contact me if you have any questions.

Very truly yours,

Kathy A. Johnson
Vice President and Senior Counsel

Enclosures: Recent FHDC Activities and Accomplishments
People's Bank Affordable Mortgage (PAM)

.c    James R. Welter, II, Fair Haven Development Corporation
Harvey Edelstein, Fair Haven Development Corporation
Valencia Taft-Jackson, Vice President, Affordable Lending Group, People's Bank
Chris T. Arnold, VP, New Haven Region Manager, Commercial Real Estate, People's Bank

# People's Bank Affordable Mortgage (PAM)

| | |
|---|---|
| Introduction | The *People's Bank Affordable Mortgage (PAM)* program is designed to encourage homeownership opportunities for low and low-to-moderate income communities.<br><br>*NOTE: A loan can only be originated in the PAM program by a designated Affordable Loan Officer of People's Bank.* |
| Features of Program | The PAM program has the following features:<br>• 30 year fixed rate *only*. The rate is a discounted rate. Refer to the Daily Rate Sheet for the current PAM interest rate.<br>• *Purchase transactions only* (refinances are not allowed).<br>• No housing ratio is calculated and the maximum total debt ratio is 38-40%.<br>• Two types of PAM loans: PAM-50 and PAM-80 |
| Transaction Type | *Purchase transactions only* (refinances are not allowed). |
| Occupancy | Owner-occupied primary residences *only* |
| Targeted Areas | To qualify for the PAM program, the property must be located in a:<br>• Designated Central City<br>• Low-To-Moderate Income or High Minority Concentrated Census Tract<br>• Empowerment Zone<br>• Enterprise Community<br>• Neighborhood Revitalization Area |
| Income Limits | The income limits are as follows:<br><br>\| PAM Program \| Income Limit \|<br>\|---\|---\|<br>\| PAM-50 \| 50% of Area Median Income (AMI) \|<br>\| PAM-80 \| 80% of Area Median Income (AMI) \| |
| First-Time Homebuyer | PAM loans are limited to first-time homebuyers who are purchasing in a Targeted Area (refer to "Targeted Area" section). |
| Pre-Purchase Homeownership Education | Pre-purchase homeownership education training is required. The following courses are accepted:<br>• People's Bank Approved Non-Profit classroom training, or<br>• People's Bank Unlocking the Possibilities course<br><br>NOTE: The course work must be completed prior to application and the certificate of completion must be presented at the time of application. |

| Interest Rate | 30 year fixed rate *only*. The rate is a discounted rate. Refer to the Daily Rate Sheet for the current PAM interest rate. |
|---|---|
| Points | There are *no points* charged in the PAM program. |
| Term | 30 year term *only* |
| Mortgage Insurance | PAM Program / Mortgage Insurance Requirement <br><br> PAM-50 — Not Required <br> PAM-80 — Standard MI |
| Rate Lock | 60 days to close. Borrower can lock at application or float. |
| Eligible Property Type | The following property types are allowed: <br><br> PAM Program / Property Type <br><br> PAM-50 — 1-unit, including approved condos and PUDs <br> PAM-80 — 1-3 unit, including approved condos and PUDs |
| Minimum Loan Amount | None |

| Maximum Loan Amount and LTV/CLTV Limits: | Property Type | Max Loan Amount | Max LTV | Max CLTV |
|---|---|---|---|---|
| *PAM-50 Program* | 1-unit | $333,700 | 95% | 100% |
| | 2-unit | Not allowed | | |
| | 3-unit | Not allowed | | |
| *PAM-80 Program* | 1-unit | $333,700 | 95% | 100% |
| | 2-unit | $427,150 | 95% | 100% |
| | 3-unit | $516,300 | 95% | 100% |

**NOTE:** The 100% CLTV is only allowed if the secondary financing is an approved second mortgage from a non-profit, municipality or governmental agency.

| Qualifying Ratios | • No housing ratio is calculated <br> • 38-40% Total Debt Ratio |
|---|---|
| Underwriting Income | *For PAM-80 loans*: <br> • 2-3 unit properties: 75% of the rental income is subtracted from the housing debt when qualifying the borrower. |
| Reserves | An amount equaling one (1) month of principal, interest, taxes and insurance (PITI) is required. |
| Source of Downpayment | The downpayment must come from either of the following sources: <br> • 5% from the borrower's own funds, or |

| | |
|---|---|
| | • 2/3 option, in which 2% of the funds are from the borrower and 3% is from a gift, approved grant or an affordable second. In addition, up to 1% of this 3% may come from "cash-on-hand". |
| **Source of Closing Funds** | The closing funds may come from the following sources:<br>• Borrower's own funds<br>• Collateral loan<br>• Prior rent credit<br>• Grant or Affordable Second from a non-profit or governmental agency<br>• Gift from a relative<br>• Unsecured loan from a non-profit or governmental agency (up to 2%)<br>• Seller contribution, up to 5% |
| **Employment** | 12 months current or consecutive employment is required. |
| **Credit History** | Credit history requirements are as follows:<br>• 6-12 months of current credit history<br>• Minor delinquencies may be acceptable with a plausible credit explanation<br>• Collection accounts must be in repayment for a minimum of 6 months<br>• All judgments must be satisfied<br>• Referral from Consumer Credit Counseling Services may be used to offset credit history. |
| **Minimum Credit Score** | There is *no minimum* required credit score. |
| **Pre-Payment Penalty** | Not applicable |
| **Bank Origination Fees (collected at time of application)** | *NOTE: The Appraisal and Credit Report Fees listed below are estimates. The exact amounts which will be charged for these services are the "actual" costs, which can only be determined after the fees have been incurred. If the "actual" cost for either of these services is less than the collected amount, the difference will be credited to the customer at closing.* |

| *Appraisal Fees:* | **Property Type** | **Occupancy** | **Property Value** | **Appraisal Fee** |
|---|---|---|---|---|
| | 1-unit, condo, PUD, coop | Owner-occupied or 2nd home | $500,000 or less | $275 |
| | 1-unit, condo, PUD, coop | Owner-occupied | $500,001-$1,000,000 | $350 |
| | 1-unit, condo, PUD, coop | Owner-occupied | $1,000,001-$2,000,000 | $500 |
| | 1-unit, condo, PUD, coop | Owner-occupied | Over $2,000,000 | $750 |

|  | 2 or 3 unit | Owner-occupied | All property values | $450 |
|---|---|---|---|---|
| *Credit Report Fee:* | $15 per individual or married couple. | | | |
| *Bank Closing Fees* | Type of Fee | | Amount of Fee | |
|  | Document Preparation Fee | | $350 | |
|  | Tax Service Fee | | $79 | |
|  | Underwriting Fee | | $175 | |
|  | Flood Determination Fee | | $10.00 | |
|  | Inspection Fee (required if repairs are needed or property is subject to completion). | | $75 | |
| Pricing Adjustments | Pricing adjustments may be required. Please refer to the Daily Rate Sheet for all applicable pricing adjustments. | | | |

**FHLBBoston**

# AHP APPLICATION

Federal Home Loan Bank of Boston
Affordable Housing Program
Application for Funding in Round One of 2002
Deadline for submission: April 29, 2002

*See AHP Application Instructions and the Project Eligibility and Scoring Guidelines for important information.*
*To be eligible for consideration, all parts of the application and the required exhibits must be completed (use "N/A" if not applicable).*

## 1. Applicant/Member Institution Information

Institution: __Citizens Bank__

Address: __63 Eugene O'Neill Drive__

City: __New London__   State: __CT__   Zip Code: __06326__

Contact Person/Title: __Lori Hadley-lindforth V.P. & Dir. of Comm. Relations__

Phone: (____)_____   Extension: _____   Fax: (____)_____

E-mail: _____

## 2. Subsidy Information

I. AHP Direct Subsidy (grant) amount: $ __313,000__

II. AHP Subsidized Advance:
   (a) Advance from the Federal Home Loan Bank of Boston to the member
       1. Principal: $ __N/A__        2. Term of advance: _____
       3. Amortization Period: _____   4. AHP interest rate requested: _____
          *(not applicable on construction loan)*
   (b) Member loan to the sponsor supported by AHP subsidized advance
       5. Principal: $ __N/A__        6. Term of loan: _____
       7. Amortization Period: _____   8. Rate: _____
       9. Member's spread on this loan: (#8 - #4) _____
          *(in basis points)*
       10. What is the member's standard spread for this type of loan? _____
           *(in basis points)*

III. AHP Advance subsidy (interest rate subsidy) requested: $ __N/A__
     *(estimate — use instructions to calculate)*

IV. Total AHP subsidy requested (I + III): $ __313,000__
    *(estimate — use instructions to calculate)*

### 3. Application Information

Name of Initiative: __Fair Haven Homeownership Initiative I__

Location/Address: __See Exhibit A__
Do **not** use sponsor address. [Attach, as Exhibit A, a <u>complete</u> listing of all addresses in this initiative along with the supporting FFIEC geocoding print out (see Page 4 of application instructions).]

County: __New Haven County__    City: __New Haven__    State: __CT__    Zip: __06513__

Census Tract(s): ☐☐☐☐☐☐☐☐.☐☐    Rural: Yes ☐    No ☒
   -Please see Exhibit A-
Congressional District or member of Congress: __Rep. Rosa DeLauro, U.S. House of Representati__

### 4. Application Lead Sponsor Information and Exhibit I

Lead Sponsor Information:

Name of Lead Sponsor: __Fair Haven Development Corporation__

Address: __153 Lloyd Street__

City: __New Haven__    State: __CT__    Zip Code: __06513__

Contact Person/Title: __James Welter, Executive Director and/or Harvey Edelstein, CEO__

Phone: (__203__) __777-5810__    Extension: _____    Fax: (__203__) __777-5987__

E-mail: __jwelter2@aol.com__

Check the type of lead sponsor:

☐ Private developer     ☐ State/municipal agency     ☒ Nonprofit organization

☐ Other (Describe) _____

List the applicable role(s) performed by the lead sponsor for this initiative:
__planner, developer, training/counseling, marketing/sales agent__

List all other sponsor(s) and consultant(s) [Please list all additional sponsors, using an attachment if necessary.]:

Name: __Harvey Edelstein__    E-mail: _____

Address: __1200 Boston Post Rd. #210__    City/State/Zip: __Guilford, CT 06437__

Contact Person/Title: _____    Role: __CEO/Devel. consultant__

Phone: (__203__) __214-6729__    Extension _____ Fax: (____) _____

Sponsor's qualifications—Exhibit I:

Attach, as Exhibit I, a written description of the lead sponsor's record of performance, qualifications, and capacity to carry out its responsibilities for this development.

Does the sponsor have a previous financial involvement with this property?    Yes ☐    No ☒

   If yes, also describe in Exhibit I.

If the lead sponsor is a nonprofit, attach to Exhibit I a copy of the organization's most recent state and/or federal nonprofit status certificate, letter, or public charter status.

### 17. Certifications and Member Signature

Applicant certifies that the information in the application is correct and that all required exhibits are attached.

Applicant certifies that the initiative complies with its underwriting standards and acknowledges that the Federal Home Loan Bank of Boston will not perform or be responsible for underwriting the project.

Applicant also certifies that the subsidy or other assistance provided shall only be for uses authorized under of the Affordable Housing Regulations.

Applicant also agrees to submit reports and certifications as the Bank may require.

Applicant further certifies that any proceeds of a subsidized advance or direct subsidy which will not be used or ceases to be used for the purposes approved by the Federal Home Loan Bank of Boston will be recaptured and the unused or improperly used subsidy will be returned to the Federal Home Loan Bank of Boston.

| Authorized Officer Signature<br>Federal Home Loan Bank Member Institution | Title |
|---|---|
| Typed Name of Authorized Officer | Date Signed |

### 18. Sponsor Certification and Signature

By signing this application I agree to comply with the AHP regulations and the policies and procedures of the Federal Home Loan Bank of Boston.

| Signature<br>James R. Welter II<br>Typed Name | Executive Director<br>Title<br>4/26/02<br>Date Signed |
|---|---|

### 19. Submission of Application

Return three complete sets of this form and exhibits by mail or delivery service to:

(Mailing Address):  Paulette Vass
Community Development Administrator
Federal Home Loan Bank of Boston
111 Huntington Avenue – 24th Floor
Boston, MA 02199

(Phone):  888-424-3863

Faxed submissions of this application will not be accepted.

Revised: 01/25/02