**EXHIBIT 4**

# *Memorandum*

### DEPARTMENT OF FINANCE
### INTERNAL AUDIT DIVISION
### Kevin Berry
*Projects Coordinator*

Date:   June 3, 2002

To:     Andy Rizzo

From:   Kevin Berry

Re:     CDBG Drawdown Request

As a follow up to our meeting with Liz Smith and Carleen Laffitte, attached is a copy of a portion of a drawdown request for Fair Haven Development Corporation (FHDC) processed last week. Based upon the submitted documentation, it appears FHDC's telephone system is fully funded by the CDBG funds awarded to that organization. This is not the only organization that our funds fully pay for the telephone system—Beulah Land is another example.

You will also note there are toll calls to Puerto Rico as well as reimbursement for their America Online monthly fee. I think this is an example of why the management work plan that each organization submits needs to be reviewed prior to an agreement being executed.


Cc:     Carleen Laffitte
        Elizabeth Smith

FHDC

Form #1

CDBG - 27

Dept. Head
Proj. Mgr.
LCI Use Only

City of New Haven
Community Development Drawdown Request

From:    Fair Haven Development Corp.

Address:    153 Lloyd Street, New Haven

Approved Budget

| Code | Name | Amount | Actual Disbursement For April 2002 | Cummulative Disbursements Thru April '02 | Balance of Budget | Estimated Exp. For May 2002 |
|---|---|---|---|---|---|---|
| 110 | PERSONNEL | 56,200.00 | 4,600.00 | 48,300.00 | 7,900.00 | 4,600.00 |
| 150 | UNEMPLOYMENT COMP. | 500.00 | 243.80 | 410.12 | 89.88 | 50.00 |
| 270 | TELEPHONE | 3,746.00 | 691.22 | 3,498.07 | 247.93 | 247.93 |
| 410 | OFFICE EQUIP | - | - | - | - | - |
| 490 | DUPLICATING EQUIP | - | - | - | - | - |
| 520 | OFFICE SUPPLIES | 600.00 | - | 470.17 | 129.83 | 129.83 |
| 610 | ADVERTISING | 100.00 | - | 99.00 | 1.00 | - |
| 615 | PRINT REP | - | - | - | - | - |
| 638 | INSURANCE-WORKER'S COMP | 394.00 | - | 394.00 | - | - |
| 650 | POSTAGE | 760.00 | 101.05 | 760.00 | - | - |
| 656 | EQUIPMENT RENTAL | 3,200.00 | 167.00 | 2,458.42 | 741.58 | 367.00 |
| 694 | OTHER CONTRACTUAL SERVICES | 15,000.00 | 1,661.38 | 14,411.14 | 588.86 | 588.86 |
| 695 | TEMP HELP | - | - | - | - | - |
| 696 | LEGAL | - | - | - | - | - |
| 809 | MEDICAL BENEFITS | 5,200.00 | 593.48 | 4,586.32 | 613.68 | 383.00 |
| 810 | SOCIAL SECURITY (F.I.C.A) | 4,300.00 | 351.90 | 3,782.94 | 517.06 | 352.00 |
| Totals: | | $90,000.00 | $8,409.83 | $79,170.18 | $10,829.82 | $6,588.79 |

Dev. Admin. Use Only

Actual April 2002          $   8,409.83
Estimated May 2002             6,588.79
                              14,998.62
Less April 2002 estimated  -    7,045.00

Amount of this Request         $7,953.62

Signature of Director    5/20/02    Date

*** All requests on the "other contractual services" line item should be accompanied by invoices/explanation.

**FAIR HAVEN DEVELOPMENT CORPORATION**
175 LLOYD STREET
NEW HAVEN, CT 06513

PAYABLE VOUCHER

DATE REQUESTED: 5/10/02    CHECK NUMBER: 2335

PAY TO: SBC SNET.

ADDRESS:

MAIL CHECK: ✓    DELIVER CHECK: ___

PAY FROM:
___ CDBG           ___ ALERT
___ OPERATING      ___ OTHER

DESCRIPTION: Phone bill March/April

REQUESTED BY: KLC    APPROVED BY: [signature]

CHARGE TO:

| AMOUNT | ACCOUNT # | DESCRIPTION | FUNDING SOURCE |
|---|---|---|---|
| 691.22 | | | CDBG |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



| | Bill Date: | April 1, 2002 |
|---|---|---|
| | Account Number: | 203 777-5810 908 |
| | Telephone Number: | 203 777-5810 |

RECEIVED APR 0 9 2002

FAIR HAVEN DEVELOPMENT CORP
153 LLOYD ST
NEW HAVEN CT                    0651

| Previous Charges | Payments | Adjustments | Balance | Current Charges | Total Due |
|---|---|---|---|---|---|
| $324.63 | $324.63cr | $0.00 | $0.00 | $324.78 | $324.78 |

## Account Summary

| | |
|---|---|
| **Previous Charges** | 324.63 |
|    Payment Received - Thank You! | 324.63cr |
|    Outstanding Balance before Current Charges | 0.00 |
| **Current Charges** (Basic 198.99 Non-Basic 125.79) | 324.78 |
|    Monthly Charges | 268.32 |
|    Directory Assistance | 5.00 |
|    SNET Calling Charges | 16.98 |
|    Taxes and Other Fees | 5.58 |
|    Other Long Distance Companies | 28.90 |
| **Total Due** | 324.78 |

To avoid 1.5% late charge, please pay $324.78 by April 30
Total Basic Charges 198.99
(see reverse for definition)

### Questions?
Here are the toll-free numbers to call
**SNET -**
Paying, Billing, Adding, or Changing Service:
**1-800-648-3920**
Directory Advertising:
**1-800-922-3238**
Repair Service:
Business:  **1-203-420-3131**
Residential:  **611**
SNET Internet Services -
DSL Service:  **1-877-722-3755**
Dial-up Service:  **1-800-408-8282**
**Non-SNET portions of your bill -**
See the top of each company's page
**Your Savings This Month**
You saved **$34.43**
this month by using your
SNET All Distance Services

**Thank You For Using SNET!**

Page 1  OVER

---

*Please detach here and return with your payment. Write account number on check and make payable to SNET*



| | |
|---|---|
| Bill Date: | April 1, 2002 |
| Account Number: | 203 777-5810 908 |
| Please Pay By: | April 30, 2002 |
| Total Amount Due: | $324.78 |

00068188  2 AV  0.485  14

|||||| |||.|| ||.|| ||| || ||.|| || |||.| || ||.| || ||.|| ||.| ||| ||.|| |||

B28   FAIR HAVEN DEVELOPMENT CORP
      153 LLOYD ST
      NEW HAVEN CT                    06513-4231

Amount Enclosed:

SNET
PO BOX 1861
NEW HAVEN CT  06508-0901

05012030707075810908020281005132000000000000000003247824



Bill Date:        April 1, 2002
Account Number:   203 777-5810 908
Telephone Number: 203 777-5810

R

Questions about your SNET bill? Call 1-800-648-3920

# SNET All Distance®

## Information for SNET Customers

### News

**Changes To Mexico Dialing**
An important dialing change took place recently that affected calls placed to Mexico. All callers to Mexico must dial a 10-digit telephone number, rather than the 8-digits formerly used. Local numbers did not change, however, all area codes have changed. There is an **extended 'permissive dialing' period through midnight May 17, 2002.** Currently, both the old and new dialing method will work. **After May 17, 2002 calls that do not follow the new dialing method will not be completed**. Please ask for the new area codes when calling Mexico. Additional information is available in the Area Code Directory at www.telmex.com.mx.

**Free Activation - Caller ID Deluxe**
Sign-up today and get **free activation** for Caller ID Deluxe -- for a total **savings of $25.00!!** For more details call your SBC SNET Account Representative or our Customer Business Center at 1-800-448-1008 today. Offer ends May 31, 2002. Certain restrictions apply.

**Federal Universal Service Fee - Local**
Effective April 2, 2002, the Federal Universal Service Fee - Local is $.69 for Single Line business, Multi Line business and ISDN BRI, $.08 for Centrex and $3.45 for ISDN PRI. This fee supports telecommunication needs of low-income households, consumers living in high cost areas, schools, and libraries and rural hospitals. Your current bill reflects the change. For more information on rate changes call your SBC SNET Account Representative or our Customer Business Center at 1-800-448-1008.

**All Distance Savings**
You saved $34.43 this month with your SNET All Distance Services.
These savings consist of :
$34.43 savings automatically applied to eligible calls with your SNET Business Long Distance Plan

### SNET All Distance Call Plan Summary
### Business Long Distance Plan

| | |
|---|---:|
| Instate Long Distance Calls | 11.47 |
| Out of State Long Distance Calls | 5.51 |
| **Total SNET All Distance Charges** | **$16.98** |

## Account Details

### Current Charges

#### Monthly Charges

Billing Period April 1 to April 30, 2002

| | |
|---|---:|
| 1 CentraLink 1100-flat business-12-23 Month Rate Plan | .00 |
| 1 CentraLink 1100 common equipment | 5.00 |
| 3 CentraLink 1100-feature packaging-consultation,3-way,call forward | .00 |
| 4 CentraLink 1100-Primary Station Line-Unrestricted Flat | 120.00 |
| 2 Caller ID with Name | 20.00 |
| 3 900 Service Blocking per business line | .00 |
| 4 Federal Subscriber Line Charge | 32.32 |
| 1 Centralink 1100 - Call Forwarding Don't Answer | .00 |
| 1 CentraLink 1100 - Call Forwarding Busy Line | .00 |
| 4 Maintenance of inside wire/jacks-option 1 | 13.00 |
| 1 SNET Voice Mail - Message Waiting Indicator - tone | .00 |
| 4 Rental-SNET 2-9450 set | 62.00 |
| 1 SNET Voice Mail - Bridged Mailbox | 3.00 |
| 1 SNET Voice Mail-Voice Messaging-Type II-per Mailbox | 11.00 |
| 1 SNET Voice Mail - Voice Messaging - family extension option | 2.00 |
| **Total Monthly Charges** | **268.32** |



Bill Date: April 1, 2002  
Account Number: 203 777-5810 908    R  
Telephone Number: 203 777-5810  

Questions about your SNET bill? Call 1-800-648-3920

# SNET All Distance®

**203 777-5811** SNET All Distance Calls Continued

| No. | Date | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Mar 6 | 1045am | to Hartford CT | 860 566-4770 | OD | 0 | 30 | .05 |
| 2 | Mar 6 | 1112am | to San Juan PR | 787 473-2853 | OP | 1 | 28 | .15 |
| 3 | Mar 8 | 1022am | to Hartford CT | 860 986-1383 | OD | 0 | 48 | .08 |
| 4 | Mar 12 | 417pm | to Bridgeport CT | 203 334-5106 | OD | 2 | 18 | .23 |
| 5 | Mar 13 | 247pm | to Bridgeport CT | 203 334-5106 | OD | 8 | 22 | .84 |
| 6 | Mar 13 | 349pm | to Old Saybrk CT | 860 399-7906 | OD | 2 | 24 | .24 |
| 7 | Mar 14 | 131pm | to Candvanas PR | 787 256-7427 | OP | 7 | 34 | .76 |
| 8 | Mar 15 | 1152am | to Essex CT | 860 767-9190 | OD | 8 | 30 | .85 |
| 9 | Mar 19 | 830am | to Plainville CT | 860 793-6899 | OD | 1 | 41 | .17 |
| 10 | Mar 22 | 1132am | to Bridgeport CT | 203 334-5106 | OD | 0 | 57 | .09 |
| 11 | Mar 25 | 1031am | to Middletown CT | 860 638-4463 | OD | 1 | 18 | .13 |
| 12 | Mar 25 | 1034am | to Hartford CT | 860 986-1383 | OD | 3 | 15 | .32 |
| 13 | Mar 25 | 1039am | to New London CT | 860 444-3444 | OD | 1 | 13 | .12 |
| 14 | Mar 26 | 938am | to Plainville CT | 860 793-6899 | OD | 1 | 11 | .12 |
| 15 | Mar 26 | 959am | to Bridgeport CT | 203 395-8727 | OD | 1 | 04 | .11 |
| 16 | Mar 28 | 130pm | to Washington DC | 202 223-3915 | OP | 6 | 29 | .65 |

SNET All Distance Charges for 203 777-5811    **5.19**

**203 777-5987** SNET All Distance Calls

| No. | Date | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---|---|---|---|---|---|---|---|---|
| 17 | Mar 1 | 629pm | to Bridgeport CT | 203 334-1455 | OE | 1 | 23 | .14 |
| 18 | Mar 4 | 447pm | to Bridgeport CT | 203 395-8727 | OD | 2 | 10 | .22 |
| 19 | Mar 6 | 1140am | to Hartford CT | 860 986-3646 | OD | 2 | 54 | .29 |
| 20 | Mar 13 | 924am | to Hartford CT | 860 986-5362 | OD | 0 | 32 | .05 |
| 21 | Mar 13 | 1216pm | to Hartford CT | 860 986-5362 | OD | 0 | 30 | .05 |
| 22 | Mar 13 | 252pm | to Bridgeport CT | 203 367-8158 | OD | 2 | 09 | .21 |
| 23 | Mar 13 | 300pm | to Hartford CT | 860 241-3865 | OD | 2 | 07 | .21 |
| 24 | Mar 13 | 339pm | to Hartford CT | 860 986-3646 | OD | 1 | 29 | .15 |
| 25 | Mar 14 | 1024am | to Hartford CT | 860 241-3865 | OD | 2 | 06 | .21 |
| 26 | Mar 14 | 1106am | to New York NY | 212 556-7661 | OP | 2 | 09 | .21 |
| 27 | Mar 14 | 1235pm | to Hartford CT | 860 241-3865 | OD | 1 | 22 | .14 |
| 28 | Mar 14 | 1239pm | to Bridgeport CT | 203 367-8158 | OD | 1 | 24 | .14 |
| 29 | Mar 18 | 1008am | to Santurcste PR | 787 723-2845 | OP | 2 | 07 | .21 |
| 30 | Mar 18 | 1221pm | to Hartford CT | 860 241-3865 | OD | 1 | 23 | .14 |
| 31 | Mar 18 | 1224pm | to Bridgeport CT | 203 367-8158 | OD | 1 | 25 | .14 |
| 32 | Mar 28 | 955am | to Bridgeport CT | 203 334-3297 | OD | 2 | 31 | .25 |
| 33 | Mar 28 | 203pm | to Washington DC | 202 429-2223 | OP | 0 | 50 | .08 |

SNET All Distance Charges for 203 777-5987    **2.84**

**Total SNET Calling Charges**    16.98

**Other Fees**  
SNET  
Connecticut E 9-1-1 Surcharge - 4 Lines    .68  
Connecticut Service Fund    .20  
Number Portability Service Charge    1.56  
Universal Service Fund - Local(4 @ $.69)    2.76  
SNET America, Inc.  
Universal Service Fund - Interstate    .38  
**Total Other Fees**    5.58  

**Total SNET Current Charges**    295.88

Services beyond Connecticut provided by SNET America, Inc.

**SBC SNET**

Bill Date:         April 1, 2002                R
Account Number:    203 777-5810 908
Telephone Number:  203 777-5810

Questions about your VRS bill?
Call 1-800-736-7500

---

Billing for VRS
Page 1



## Account Details

**Current Charges**

Billed on Behalf of America Online
America Online Services and Fees  **
    1  Mar  26   AOL Online Service                              28.90
    Total Service and Fee Charges for America Online           28.90

**VRS Total Charges before Taxes**                                  28.90

**Total Current Charges for VRS**                                   28.90

** New services provided and billed.


SNET

RECEIVED MAY 0 2 2002

Bill Date: May 1, 2002
Account Number: 203 777-5810 908
Telephone Number: 203 777-5810

FAIR HAVEN DEVELOPMENT CORP
153 LLOYD ST
NEW HAVEN CT
06514

R

| Previous Charges | Payments | Adjustments | Balance | Current Charges | Total Due |
|---|---|---|---|---|---|
| $324.78 | $0.00 | $4.87 | $329.65 | $361.57 | $691.22 |

## Account Summary

| | |
|---|---|
| **Previous Charges** | 324.78 |
|   Payment Received | 0.00 |
|   Late Payment Charge (1.5%) | 4.87 |
|   Outstanding Balance before Current Charges | 329.65 |
|     (Basic 201.97 Non-Basic 127.68) | |
| **Current Charges** (Basic 223.79 Non-Basic 137.78) | 361.57 |
|   Monthly Charges | 268.32 |
|   Directory Assistance | 21.75 |
|   SNET Calling Charges | 36.25 |
|   Taxes and Other Fees | 6.35 |
|   Other Long Distance Companies | 28.90 |
| **Total Due - payment in full due upon receipt** | 691.22 |

An additional 1.5% late payment charge will be incurred on charges not paid by May 31
Total Basic Charges 425.76 (see reverse for definition)

**Questions?**
Here are the toll-free numbers to call
SNET -
  *Paying, Billing, Adding, or Changing Service:*
  *1-800-648-3920*
  *Directory Advertising:*
  *1-800-922-3238*
  *Repair Service:*
  Business:   *1-203-420-3131*
  Residential:  *611*
SNET Internet Services -
  DSL Service:   *1-877-722-3755*
  Dial-up Service:  *1-800-408-8282*
Non-SNET portions of your bill -
  See the top of each company's page
**Your Savings This Month**
  You saved $69.52
  this month by using your
  SNET All Distance Services

**Thank You For Using SNET!**

Page 1   OVER



```
Bill Date:         May 1, 2002                    R
Account Number:    203 777-5810 908
Telephone Number:  203 777-5810
```

Questions about your SNET bill? Call 1-800-648-3920

# SNET All Distance®

**Information for SNET Customers**

**News**

**Changes To Mexico Dialing**
An important dialing change took place recently that affected calls placed to Mexico. All callers to Mexico must dial a 10-digit telephone number rather than the 8-digits formerly used. Local numbers did not change, however, all area codes have changed. There is an **extended 'permissive dialing' period through midnight May 17, 2002.** Currently, both the old and new dialing method will work. **After May 17, 2002 calls that do not follow the new dialing method will not be completed.** Please ask for the new area codes when calling Mexico. Additional information is available in the Area Code Directory at www.telmex.com.mx.

**Rate Changes Effective July 1, 2002**
The interstate rate per minute on the SBC SNET Business Long Distance Plan will increase from $0.10 per minute to $0.12 per minute effective July 1, 2002. To make sure you're on the most cost-effective plan, contact your SBC SNET Account Representative or our Customer Business Center at 1-800-448-1008. For example, our new Business Domestic Saver Plan offers rates of $0.09 per minute on domestic calls for business customers who spend at least $5.95 a month on domestic long distance. Certain restrictions apply. Please call for details.

**Special Savings on SBC SNET Voice Mail**
SBC SNET Voice Mail answers calls when you can't - whether you are out of the office or on the other line. Contact your SBC SNET Account Representative or our Customer Business Center at 1-800-448-1008 to subscribe today and receive 50% off the monthly rate for two months and the $10.00 service activation fee waived. Certain restrictions apply.

**Additional line - *Free* Installation!**
Call now and we will waive the installation charge when adding an SBC SNET additional line - a savings of between $45.00 - $65.00. To take advantage of this offer, contact your SBC SNET Account Representative or our Customer Business Center at 1-800-448-1008. Offer available May 1, 2002 through July 29, 2002. Certain restrictions apply.

**800 CustomLink® Plus - *Free* Installation!**
SBC SNET 800 CustomLink® Plus is today's choice for toll free service. Call now and we will waive the installation charge -a **savings of $50.00.** To take advantage of this promotion you must order by July 29, 2002. Call your SBC SNET Account Representative or our Customer Business Center at 1-800-448-1008. Certain restrictions apply.

**All Distance Savings**
You saved $69.52 this month with your SNET All Distance Services.
These savings consist of :
$69.52 savings automatically applied to eligible calls with your SNET Business Long Distance Plan

### SNET All Distance Call Plan Summary
### Business Long Distance Plan

| | |
|---|---|
| Instate Long Distance Calls | 19.52 |
| Out of State Long Distance Calls | 16.73 |
| **Total SNET All Distance Charges** | **$36.25** |

---

## Account Details

**Current Charges**

**Monthly Charges**

Billing Period May 1 to May 31, 2002

| | |
|---|---:|
| 1 CentraLink 1100-flat business-12-23 Month Rate Plan | .00 |
| 1 CentraLink 1100 common equipment | 5.00 |
| 3 CentraLink 1100-feature packaging-consultation,3-way,call forward | .00 |
| 4 CentraLink 1100-Primary Station Line-Unrestricted Flat | 120.00 |



Bill Date: May 1, 2002
Account Number: 203 777-5810 908
Telephone Number: 203 777-5810

R

Questions about your SNET bill? Call 1-800-648-3920

# SNET All Distance®

| 203 777-0535 | SNET All Distance Calls Continued | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | No. | Date | Time | Place | Area-Number | Rate | Min Sec | Amount |
| | 1 | Apr 30 | 1249pm | to Providence | RI 401 383-2241 | OP | 0 52 | .09 |
| | 2 | Apr 30 | 1250pm | to Providence | RI 401 383-7000 | OP | 1 46 | .18 |
| | SNET All Distance Charges for 203 777-0535 | | | | | | | 9.69 |

| 203 777-5810 | SNET All Distance Calls | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | No. | Date | Time | Place | Area-Number | Rate | Min Sec | Amount |
| | 3 | Mar 16 | 1013am | to New York | NY 212 360-1210 | OF | 2 00 | .20 |
| | 4 | Apr 2 | 1143am | to Hartford | CT 860 258-5839 | OD | 0 58 | .10 |
| | 5 | Apr 5 | 318pm | to San Diego | CA 619 296-6375 | OP | 0 48 | .08 |
| | 6 | Apr 5 | 415pm | to Middletown | CT 860 349-1560 | OD | 2 01 | .20 |
| | 7 | Apr 9 | 1153am | to Lawrence | MA 978 828-5328 | OP | 2 42 | .27 |
| | 8 | Apr 9 | 1251pm | to Middletown | CT 860 349-1560 | OD | 1 38 | .16 |
| | 9 | Apr 12 | 339pm | to Bronx | NY 718 620-8252 | OP | 0 30 | .05 |
| | 10 | Apr 16 | 151pm | to Sanjuan | PR 787 642-6878 | OP | 38 06 | 3.81 |
| | 11 | Apr 16 | 622pm | to Middletown | CT 860 349-1560 | OE | 4 12 | .42 |
| | 12 | Apr 17 | 301pm | to Hartford | CT 860 257-0677 | OD | 0 43 | .07 |
| | 13 | Apr 17 | 320pm | to Bristol | CT 860 582-1134 | OD | 1 09 | .11 |
| | 14 | Apr 24 | 415pm | to Boston | MA 617 292-9668 | OP | 0 30 | .05 |
| | 15 | Apr 26 | 140pm | to NewBritain | CT 860 826-4996 | OD | 2 29 | .25 |
| | 16 | Apr 26 | 142pm | to New York | NY 212 541-6700 | OP | 3 58 | .40 |
| | 17 | Apr 26 | 147pm | to Hartford | CT 860 524-0001 | OD | 3 42 | .37 |
| | 18 | Apr 29 | 1137am | to New London | CT 860 460-5644 | OD | 2 25 | .24 |
| | 19 | Apr 30 | 931am | to Hartford | CT 860 952-6506 | OD | 6 22 | .64 |
| | 20 | Apr 30 | 1113am | to Hartford | CT 860 952-6505 | OD | 2 20 | .23 |
| | 21 | Apr 30 | 123pm | to Hartford | CT 860 566-4770 | OD | 1 00 | .10 |
| | 22 | Apr 30 | 432pm | to Middletown | CT 860 349-1560 | OD | 1 49 | .18 |
| | SNET All Distance Charges for 203 777-5810 | | | | | | | 7.93 |

| 203 777-5811 | SNET All Distance Calls | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | No. | Date | Time | Place | Area-Number | Rate | Min Sec | Amount |
| | 23 | Apr 4 | 1122am | to New York | NY 212 582-6050 | OP | 9 51 | .98 |
| | 24 | Apr 4 | 321pm | to Hartford | CT 860 244-2783 | OD | 1 37 | .16 |
| | 25 | Apr 4 | 328pm | to Hartford | CT 860 244-2783 | OD | 1 29 | .15 |
| | 26 | Apr 4 | 453pm | to Hartford | CT 860 244-2783 | ODM | 12 04 | 1.21 |
| | 27 | Apr 5 | 319pm | to San Diego | CA 619 787-1611 | OP | 0 53 | .09 |
| | 28 | Apr 10 | 348pm | to New York | NY 212 582-6050 | OP | 1 30 | .15 |
| | 29 | Apr 10 | 358pm | to New London | CT 860 444-3444 | OD | 0 40 | .07 |
| | 30 | Apr 11 | 337pm | to Hartford | CT 860 566-4770 | OD | 12 58 | 1.30 |
| | 31 | Apr 11 | 449pm | to Cambridge | MA 617 349-2491 | OP | 0 52 | .09 |
| | 32 | Apr 11 | 454pm | to Cambridge | MA 617 349-2491 | OP | 0 45 | .07 |
| | 33 | Apr 12 | 1122am | to New London | CT 860 444-3444 | OD | 9 25 | .94 |
| | 34 | Apr 18 | 327pm | to New London | CT 860 444-3444 | OD | 5 33 | .55 |
| | 35 | Apr 19 | 506pm | to Columbia | CT 860 228-0037 | OE | 1 08 | .11 |
| | 36 | Apr 19 | 519pm | to Hartford | CT 860 986-3011 | OE | 0 30 | .05 |
| | 37 | Apr 22 | 518pm | to Hartford | CT 860 258-5893 | OE | 0 49 | .08 |
| | 38 | Apr 24 | 422pm | to Hartford | CT 860 241-6200 | OD | 1 54 | .19 |
| | 39 | Apr 25 | 442pm | to New London | CT 860 444-3444 | OD | 1 10 | .12 |
| | 40 | Apr 26 | 132pm | to Lawrence | MA 978 828-5328 | OP | 6 54 | .69 |
| | 41 | Apr 26 | 158pm | to Bridgeport | CT 203 335-1450 | OD | 8 05 | .81 |
| | 42 | Apr 30 | 1145am | to Hartford | CT 860 436-4269 | OD | 3 52 | .39 |
| | 43 | Apr 30 | 301pm | to Hartford | CT 860 240-4160 | OD | 0 34 | .06 |



Bill Date: May 1, 2002  
Account Number: 203 777-5810 908  
Telephone Number: 203 777-5810  

R

Questions about your VRS bill?  
Call 1-800-736-7500

Billing for VRS  
Page 1



## Account Details

**Current Charges**

   Billed on Behalf of America Online  
   America Online Services and Fees  
      1  Apr  26   AOL Online Service                        28.90  
     Total Service and Fee Charges for America Online     28.90

  **VRS Total Charges before Taxes**                                      28.90

**Total Current Charges for VRS**                                          28.90