**EXHIBIT   6**



# Livable City Initiative

# City of New Haven



Andrew J. Rizzo, Jr.
Interim Exec. Director
& Building Official

165 Church Street, New Haven, Connecticut 06510

1998
John DeStefano, Jr.
Mayor

HAND DELIVERED
CERTIFIED MAIL-7000 0600 0028 6361 8319

June 26, 2002

James Welter
Executive Director
Fair Haven Development Corporation
153 Lloyd Street
New Haven, CT 06513

Dear Mr. Welter:

As you should already be aware, I have determined that the structure located at 271 James Street is a danger to the public safety and welfare and therefore, on June 21, 2002, I issued an order to Fair Haven Development Corporation (FHDC) to demolish said structure. (copy enclosed)

On June 24, 2002 you applied for a building permit from the New Haven Building Department for exploratory demolition at 271 James Street. This permit was erroneously issued in my absence by my Deputy Building Official, Daniel O'Neill.

In addition, the history of this property provides no reason to believe that action would be taken on any new permit. A permit was previously issued to you on May 15, 2001 (BP# 2001-0390) for exploratory demolition, which was never acted upon. A subsequent permit was again issued to you on November 19, 2001, (BP# 2001-1142), which also was not acted upon.

Based on the demolition order that predates your application, and on FHDC's inaction at this address in the past, I am revoking the exploratory demolition permit issued on June 24, 2002 and returning your check for $90.80 (Check #102), which was never deposited. I can be reached at (203) 946-8046 should you have any questions.

Sincerely,

Andrew Rizzo, Jr.
Interim Executive Director, LCI
Building Official

Cc:     Tom Ude

**FAIR HAVEN DEVELOPMENT CORP.**
153 LLOYD ST.
NEW HAVEN, CT  06513

51–57/119
9446353653

102

DATE 6/24/02

PAY TO THE
ORDER OF _CITY OF NEW HAVEN_  $90 80

_NINETY DOLLARS and 80/100_ _____ DOLLARS

Fleet 38-2002-

Small Business Services
smallbiz.fleet.com    New Haven, CT

21173

MEMO _Bld. Permit on 291 JAMES ST._

⑆011900571⑈ ⑈94463⑆536531⑈ 0102

NP

TEMPORARY RECEIPT

## CITY OF
# NEW HAVEN

### BUILDING DEPARTMENT

RECEIVED OF                          DATE 6/24/02

NAME Fair Haven Development Corp

ADDRESS Re - 271 James St

PERMIT NO.    To be issued

PERMITS

| | |
|---|---|
| BUILDING | 90 80 |
| PLUMBING | |
| ELECTRICAL | |
| HEATING AND AIR CONDITIONING | |
| CERTIFICATE OF OCCUPANCY | |
| REVISED ESTIMATES | |

ZONING

1.

2.

3.

MAPS              pd ck
                  #102

TOTAL FEE ▶  90 80

RECEIVED PAYMENT:

No. 175257 BY

FOR THE BUILDING DEPT.



TEMPORARY WORK PERMIT

# Livable City Initiative
# Building Division

### City of New Haven
200 Orange Street, New Haven, Connecticut  06510



Regina L. Winters
Executive Director

Andrew J. Rizzo, Jr.
Building Official

John DeStefano, Jr.
Mayor

# TEMPORARY PERMIT

## POST THIS COPY SO IT IS VISIBLE FROM THE STREET

### APPLICATION HAS BEEN RECEIVED AND APPROVED FOR THE FOLLOWING:

| | |
|---|---|
| ☒ BUILDING | ☐ SIGN |
| ☐ ELECTRICAL | ☐ AIR CONDITIONING |
| ☐ PLUMBING | ☐ SPRINKLER |
| ☐ DEMOLITION | ☐ HEATER |

WORK LOCATION: 271 James St          DATE ISSUED: 6/24/02

COMMENTS:
Exploratory demolition to existing
3 family tenement - Additional Permit
required for all other work -

Building Official




# Livable City Initiative
# Building Division

### City of New Haven
200 Orange Street, New Haven, Connecticut  06510



Andrew J. Rizzo, Jr.
Interim Executive Director
Building Official

John DeStefano, Jr.
Mayor

June 21, 2002

CERTIFIED MAIL
RETURN RECEIPT REQUESTED – 9893 8610

Fair Haven Development Corporation
153 Lloyd Street
New Haven, CT  06513
Attention: James R. Welter II
          Executive Director

**RECEIVED JUN 2 6 2002**

Dear Mr. Welter:

    Re:    271 James Street

☐ Historic Resources Inventory
☐ National Register
☐ Local Historic District
☒ No Historic Significance

### UNSAFE NOTICE
### AND
### ORDER TO DEMOLISH

    Periodic inspections of the above-referenced property by me, including the last inspection on June 20, 2002, revealed that due to extended exposure of the structure to the elements, and in the interest of public safety and welfare, the building is unsafe in violation of Section 119.1 of the Connecticut State Building Code (SBC).

    Permits were issued for this property on May 15, 2001 and November 19, 2001 to renovate same, however no work was never started.  Therefore, you are hereby ordered, as owner of record or owner's agent, to engage the services of a Connecticut-licensed demolition contractor at your sole expense, obtain the requisite demolition permit from this office and completely demolish said building in accordance with the SBC within thirty (30) calendar days from the date of this notice.

Failure to comply with this order may result in the City's engagement of a contractor to demolish said building in accordance with Section 9-28 of the Code of Ordinances of the City of New Haven at your sole expense. Any such work shall result in a lien on the above-referenced property in accordance with Section 29-73b of the Connecticut General Statutes and such further relief as allowed by law to recover said costs.

Pursuant to Section 29-394, 29-254a and/or 29-261 of the Connecticut General Statutes, failure to comply with this order may subject you to criminal and/or civil penalties.

You have the right to appeal this Order to the Superior Court at New Haven Judicial District within ten (10) calendar days of receipt thereof pursuant to C.G.S. 29-405.

If you have any questions, please call the undersigned at 946-8046 during normal business hours or write to the above address.

Very truly yours,

Andrew J. Rizzo, Jr.
Interim Executive Director-LCI
Building Official

c:     Nick Torneo, Director, Property Division
Joseph Cappucci, Fire Marshal
Robert Cleto, Demolition Officer, LCI
Karyn Gilvarg, A.I.A.- Director, City Plan
Frank D'Amore, Acting Deputy, Neighborhood Services
Albert E. Lucas, Director of Legislative Services
LCI File
City/Town Clerk