# EXHIBIT 7

# PART A

# FAIR HAVEN DEVELOPMENT CORPORATION 

# FAX COVER SHEET

DATE: 10/30/02

FROM: J. WELTER & H. EDELSTEIN

PLEASE FORWARD TO: WENDY CLARKE

COMPANY: LCI

FAX #: 946-4899      TOTAL PAGES (including cover): ___

RE: ___

IF THERE IS ANY PROBLEM WITH THIS FAX, PLEASE CONTACT US AT 203-777-5810.

COMMENTS:

2001-2002 AUDIT

(— SUBMITTED at 4:35 pm.
on OCT. 30, 2002 —)

Thanks — JW

CC: JANICE DIPOLLINA & NAVEED SOBHAN — LCI

153 LLOYD STREET, NEW HAVEN, CT 06513
PHONE (203) 777-5810 • FAX (203) 777-5987

TRANSMISSION VERIFICATION REPORT

TIME : 10/30/2002 16:45

```
DATE,TIME           10/30 16:38
FAX NO./NAME        99464899
DURATION            00:07:34
PAGE(S)             17
RESULT              OK
MODE                STANDARD
                    ECM
```

TO: WENDY CLARKE - LCI

TRANSMISSION VERIFICATION REPORT

TIME : 10/30/2002 17:02

```
DATE,TIME            10/30 16:54
FAX NO./NAME         99464899
DURATION             00:07:34
PAGE(S)              17
RESULT               OK
MODE                 STANDARD
                     ECM
```

TO: NAVEED SOBHAN – LCF

```
TRANSMISSION VERIFICATION REPORT

                                            TIME : 10/30/2002 16:54


DATE,TIME                   10/30 16:46
FAX NO./NAME                99464899
DURATION                    00:07:33
PAGE(S)                     17
RESULT                      OK
MODE                        STANDARD
                            ECM
```

TO: JANICE DIPOLINA – LCI

TRANSMISSION VERIFICATION REPORT

TIME : 10/30/2002 17:02

```
10/30 16:54
99464899
00:07:34
17
OK
STANDARD
ECM
```

SHEET

AVEED SOBHAN — LCF

**Solakian, Caiafa & Company**
Certified Public Accountants

388 East Main Street
Branford, Connecticut 06405-2914 USA
(203) 483-8115
FAX (203) 483-0367

# CLIENT'S COPY
and filing instructions
## TAX RETURNS
OF

FAIR HAVEN DEVELOPMENT CORPORATION
For the year ended
June 30, 2002

**SOLAKIAN, CAIAFA & COMPANY, LLC**
*Certified Public Accountants*
**388 EAST MAIN STREET**
**BRANFORD, CT 06405-2914**
**TEL: (203) 483-8115   FAX: (203) 483-0367**

FAIR HAVEN DEVELOPMENT CORPORATION
153 LLOYD STREET
NEW HAVEN, CT 06513

Enclosed is the 2001 U.S. Form 990 Return of Organization Exempt from Income Tax for FAIR HAVEN DEVELOPMENT CORPORATION. The return should be signed and dated by an authorized officer or fiduciary and mailed on or before February 18, 2003 to:

Internal Revenue Service Center
Ogden, UT 84201-0027

Also enclosed, please find Form CPC-60, CT Annual Report Face Sheet. Please have two officers sign and date the report and mail it by February 28, 2003 to:

Public Charities Unit
c/o Office of the Attorney General
55 Elm Street
Hartford, CT 06106

We prepared your returns based on the information you provided us. Please review the returns carefully before filing to ensure that there are no omissions or misstatements of material facts.

To ensure proof of delivery, we recommend that you mail the returns using certified mail with postmarked receipts.

We very much appreciate the opportunity to serve you. If you have any questions regarding this return, please do not hesitate to call.

Sincerely,

Solakian, Caiafa & Company, CPAs, LLC

FEDERAL

CLIENT'S COPY

Form **990**

## Return of Organization Exempt from Income Tax

Under Section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

► The organization may have to use a copy of this return to satisfy state reporting requirements.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

**2001**

Open to Public Inspection

**A** For the 2001 calendar year, or tax year beginning Jul 1, 2001, and ending Jun 30, 2002

**B** Check if applicable:
- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Application pending

Please use IRS label or print or type. See specific instructions.

**C** Name of organization: FAIR HAVEN DEVELOPMENT CORPORATION

Number, street (or P.O. box if mail is not delivered to street addr): 153 LLOYD STREET   Room/suite

City, Town or Country: NEW HAVEN   State: CT   ZIP code + 4: 06513

**D** Employer Identification Number: 06-1403430

**E** Telephone number: (203) 777-5810

**F** Accounting method: [ ] Cash [X] Accrual [ ] Other (specify) ►

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Web site: ►

**H** and **I** are not applicable to Section 527 organizations.
- **H (a)** Is this a group return for affiliates? [ ] Yes [X] No
- **H (b)** If 'yes,' enter number of affiliates ►
- **H (c)** Are all affiliates included? [ ] Yes [ ] No (If 'no,' attach a list. See instructions.)
- **H (d)** Is this a separate return filed by an organization covered by a group ruling? [ ] Yes [X] No

**J** Organization type (check only one) ► [X] 501(c) 3 ◄ (insert no.) [ ] 4947(a)(1) or [ ] 527

**I** Enter 4-digit group GEN ►

**K** Check here ► [ ] if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**M** Check ► [ ] if the organization is not required to attach Schedule B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ► 114,110.

### Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Contributions, gifts, grants, and similar amounts received: | | |
| a | Direct public support | 1a | 8,870. |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | 105,240. |
| d | Total (add lines 1a through 1c) (cash $ 114,110. noncash $ _____) | 1d | 114,110. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents | 6a | |
| b | Less: rental expenses | 6b | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | |
| 7 | Other investment income (describe ► _____) | 7 | |
| 8a | Gross amount from sales of assets other than inventory — (A) Securities | 8a | |
| | (B) Other | 8a | |
| b | Less: cost or other basis and sales expenses | 8b | |
| c | Gain or (loss) (attach schedule) | 8c | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | |
| 9 | Special events and activities (attach schedule) | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | |
| b | Less: direct expenses other than fundraising expenses | 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | |
| b | Less: cost of goods sold | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | |
| 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 114,110. |
| 13 | Program services (from line 44, column (B)) | 13 | 159,817. |
| 14 | Management and general (from line 44, column (C)) | 14 | 21,591. |
| 15 | Fundraising (from line 44, column (D)) | 15 | 0. |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | **Total expenses** (add lines 16 and 44, column (A)) | 17 | 181,408. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | -67,298. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 42,722. |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | -24,576. |

BAA For Paperwork Reduction Act Notice, see the separate instructions.   TEEA0101  01/16/02   Form **990** (2001)

Form 990 (2001)    FAIR HAVEN DEVELOPMENT CORPORATION                                06-1403430         Page 2

## Part II | Statement of Functional Expenses

All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others.

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22  Grants and allocations (att sch) (cash $ 0. non-cash $ 0.) | 22 | | | | |
| 23  Specific assistance to individuals (att sch) | 23 | | | | |
| 24  Benefits paid to or for members (att sch) | 24 | | | | |
| 25  Compensation of officers, directors, etc | 25 | 39,750. | 35,775. | 3,975. | 0. |
| 26  Other salaries and wages | 26 | 27,645. | 24,881. | 2,764. | 0. |
| 27  Pension plan contributions | 27 | | | | |
| 28  Other employee benefits | 28 | 11,299. | 10,169. | 1,130. | 0. |
| 29  Payroll taxes | 29 | | | | |
| 30  Professional fundraising fees | 30 | | | | |
| 31  Accounting fees | 31 | 16,613. | 11,483. | 5,130. | 0. |
| 32  Legal fees | 32 | 646. | 0. | 646. | 0. |
| 33  Supplies | 33 | 6,576. | 5,590. | 986. | 0. |
| 34  Telephone | 34 | 4,094. | 3,480. | 614. | 0. |
| 35  Postage and shipping | 35 | 1,339. | 1,138. | 201. | 0. |
| 36  Occupancy | 36 | 3,170. | 2,695. | 475. | 0. |
| 37  Equipment rental and maintenance | 37 | 3,056. | 2,598. | 458. | 0. |
| 38  Printing and publications | 38 | | | | |
| 39  Travel | 39 | | | | |
| 40  Conferences, conventions, and meetings | 40 | | | | |
| 41  Interest | 41 | 1,363. | 1,159. | 204. | 0. |
| 42  Depreciation, depletion, etc (attach schedule) | 42 | 1,093. | 929. | 164. | 0. |
| 43  Other expenses not covered above (itemize): | | | | | |
| a CONSULTANTS | 43a | 32,869. | 29,582. | 3,287. | 0. |
| b DUES AND SUBS | 43b | 350. | 0. | 350. | 0. |
| c INSURANCE | 43c | 4,115. | 3,498. | 617. | 0. |
| d REHAB OF PROPERTIES | 43d | 581. | 581. | 0. | 0. |
| e See Other Expenses Stmt | 43e | 26,849. | 26,259. | 590. | 0. |
| 44  Total functional expenses (add lines 22 - 43). Organizations completing columns (B) - (D), carry these totals to lines 13 - 15 | 44 | 181,408. | 159,817. | 21,591. | 0. |

Joint Costs. Check . ▶ [X] if you are following SOP 98-2.
Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ........ ▶ [ ] Yes [X] No
If 'Yes,' enter (i) the aggregate amount of these joint costs    $ _____ ; (ii) the amount allocated to program services
$ _____ ; (iii) the amount allocated to management and general    $ _____ ; and (iv) the amount allocated
to fundraising    $ _____ .

## Part III | Statement of Program Service Accomplishments

What is the organization's primary exempt purpose? ▶    DEVELOP HOUSING FOR LOW AND MODERATE INCOME FAMILIES

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) & (4) organizations & section 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants & allocations to others.)

**Program Service Expenses** (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts; but optional for others.)

a  DEVELOP HOUSING FOR LOW AND MODERATE INCOME FAMILIES IN THE
   FAIR HAVEN COMMUNITY OF NEW HAVEN, CT AND TO PROVIDE PROGRAMS
   TO ENHANCE LIFE IN THE AREA. REHAB DONE ON SEVERAL PROPERTIES.
                                      (Grants and allocations $         0.)         159,817.

b  _____
   _____
   _____
                                      (Grants and allocations $            )

c  _____
   _____
   _____
                                      (Grants and allocations $            )

d  _____
   _____
   _____
                                      (Grants and allocations $            )

e  Other program services ............ (Grants and allocations $            )

f  **Total of Program Service Expenses** (should equal line 44, column (B), program services) ........ ▶    159,817.

BAA                              TEEA0102   01/01/02                                 Form 990 (2001)

Form 990 (2001)   FAIR HAVEN DEVELOPMENT CORPORATION                              06-1403430         Page 3

## Part IV  Balance Sheets (See instructions)

Note: Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.

| ASSETS | | (A) Beginning of year | | (B) End of year |
|---|---|---:|---|---:|
| 45 | Cash — non-interest-bearing | 26,794. | 45 | 33,398. |
| 46 | Savings and temporary cash investments | | 46 | 5,300. |
| 47a | Accounts receivable .......... 47a | | | |
| b | Less: allowance for doubtful accounts .... 47b | 2,905. | 47c | |
| 48a | Pledges receivable .......... 48a | | | |
| b | Less: allowance for doubtful accounts .... 48b | | 48c | |
| 49 | Grants receivable | 20,943. | 49 | 5,000. |
| 50 | Receivables from officers, directors, trustees, and key employees (attach schedule) | | 50 | |
| 51a | Other notes & loans receivable (attach sch) .... 51a | | | |
| b | Less: allowance for doubtful accounts .... 51b | | 51c | |
| 52 | Inventories for sale or use | 70,647. | 52 | 164,479. |
| 53 | Prepaid expenses and deferred charges | | 53 | |
| 54 | Investments — securities (attach schedule) ▶ ☐ Cost ☐ FMV | | 54 | |
| 55a | Investments — land, buildings, & equipment: basis . 55a | | | |
| b | Less: accumulated depreciation (attach schedule) .... 55b | | 55c | |
| 56 | Investments — other (attach schedule) | | 56 | |
| 57a | Land, buildings, and equipment: basis ...... 57a   61,651. | | | |
| b | Less: accumulated depreciation (attach schedule) ..... L-57 Stmt ..... 57b   2,527. | 356. | 57c | 59,124. |
| 58 | Other assets (describe ▶ _____ ) | | 58 | |
| 59 | **Total assets** (add lines 45 through 58) (must equal line 74) | 121,645. | 59 | 267,301. |

| LIABILITIES | | | | |
|---|---|---:|---|---:|
| 60 | Accounts payable and accrued expenses | 17,764. | 60 | 43,442. |
| 61 | Grants payable | | 61 | |
| 62 | Deferred revenue | | 62 | |
| 63 | Loans from officers, directors, trustees, and key employees (attach schedule) | | 63 | |
| 64a | Tax-exempt bond liabilities (attach schedule) | | 64a | |
| b | Mortgages and other notes payable (attach schedule) | | 64b | 59,794. |
| 65 | Other liabilities (describe ▶ See Line 65 Stmt ) | 61,159. | 65 | 188,641. |
| 66 | **Total liabilities** (add lines 60 through 65) | 78,923. | 66 | 291,877. |

Organizations that follow SFAS 117, check here ▶ ☒ and complete lines 67 through 69 and lines 73 and 74.

| NET ASSETS OR FUND BALANCES | | | | |
|---|---|---:|---|---:|
| 67 | Unrestricted | 35,409. | 67 | -28,520. |
| 68 | Temporarily restricted | 7,313. | 68 | 3,944. |
| 69 | Permanently restricted | | 69 | |

Organizations that do not follow SFAS 117, check here ▶ ☐ and complete lines 70 through 74.

| | | | | |
|---|---|---:|---|---:|
| 70 | Capital stock, trust principal, or current funds | | 70 | |
| 71 | Paid-in or capital surplus, or land, building, and equipment fund | | 71 | |
| 72 | Retained earnings, endowment, accumulated income, or other funds | | 72 | |
| 73 | **Total net assets or fund balances** (add lines 67 through 69 **or** lines 70 through 72; column (A) **must** equal line 19 and column (B) **must** equal line 21) | 42,722. | 73 | -24,576. |
| 74 | **Total liabilities and net assets/fund balances** (add lines 66 and 73) | 121,645. | 74 | 267,301. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

BAA

TEEA0103  09/25/01

Form 990 (2001)  FAIR HAVEN DEVELOPMENT CORPORATION          06-1403430          Page 4

### Part IV-A  Reconciliation of Revenue per Audited Financial Statements with Revenue per Return (See instructions.)

| | | |
|---|---|---:|
| a | Total revenue, gains, and other support per audited financial statements ▶ | **a** 114,110. |
| b | Amounts included on line **a** but not on line 12, Form 990: | |
| (1) | Net unrealized gains on investments ... $ | |
| (2) | Donated services and use of facilities ..... $ | |
| (3) | Recoveries of prior year grants ....... $ | |
| (4) | Other (specify): _____ $ | |
| | Add amounts on lines (1) through (4) ▶ | **b** |
| c | Line **a** minus line **b** ▶ | **c** 114,110. |
| d | Amounts included on line 12, Form 990 but not on line **a**: | |
| (1) | Investment expenses not included on line 6b, Form 990 ...... $ | |
| (2) | Other (specify): _____ $ | |
| | Add amounts on lines (1) and (2) ▶ | **d** |
| e | Total revenue per line 12, Form 990 (line **c** plus line **d**) ▶ | **e** 114,110. |

### Part IV-B  Reconciliation of Expenses per Audited Financial Statements with Expenses per Return

| | | |
|---|---|---:|
| a | Total expenses and losses per audited financial statements ▶ | **a** 181,408. |
| b | Amounts included on line **a** but not on line 17, Form 990: | |
| (1) | Donated services and use of facilities ...... $ | |
| (2) | Prior year adjustments reported on line 20, Form 990 .... $ | |
| (3) | Losses reported on line 20, Form 990 .... $ | |
| (4) | Other (specify): _____ $ | |
| | Add amounts on lines (1) through (4) ▶ | **b** |
| c | Line **a** minus line **b** ▶ | **c** 181,408. |
| d | Amounts included on line 17, Form 990 but not on line **a**: | |
| (1) | Investment expenses not included on line 6b, Form 990 ...... $ | |
| (2) | Other (specify): _____ $ | |
| | Add amounts on lines (1) and (2) ▶ | **d** |
| e | Total expenses per line 17, Form 990 (line **c** plus line **d**) ▶ | **e** 181,408. |

### Part V  List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated; see instructions.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (if not paid, enter -0-) | (D) Contributions to employee benefit plans and deferred compensation | (E) Expense account and other allowances |
|---|---|---:|---:|---:|
| JAMES WELTER<br>153 LLOYD ST, NEW HAVEN, CT 06513 | EXEC DIR    35 | 39,750. | 0. | 0. |
| SEE ATTACHED<br>LIST | N/A    N/A | 0. | 0. | 0. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

75  Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? ............................................. ▶ ☐ Yes  ☒ No
    If 'Yes,' attach schedule — see instructions.

BAA                                    TEEA0104  10/18/01                                    Form 990 (2001)

Form 990 (2001)   FAIR HAVEN DEVELOPMENT CORPORATION                              06-1403430                Page 5

### Part VI | Other Information (See specific instructions.)

| | | Yes | No |
|---|---|---|---|
| 76 | Did the organization engage in any activity not previously reported to the IRS? If 'Yes,' attach a detailed description of each activity ............... **76** | | X |
| 77 | Were any changes made in the organizing or governing documents but not reported to the IRS? ............ **77** | | X |
| | If 'Yes,' attach a conformed copy of the changes. | | |
| 78a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return? ..... **78a** | | X |
| b | If 'Yes,' has it filed a tax return on **Form 990-T** for this year? ............... **78b** | | |
| 79 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? If 'Yes,' attach a statement ............... **79** | | X |
| 80a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc, to any other exempt or nonexempt organization? ............... **80a** | | X |
| b | If 'Yes,' enter the name of the organization ▶ _____ and check whether it is ☐ exempt **or** ☐ nonexempt. | | |
| 81a | Enter direct or indirect political expenditures. See line 81 instructions .......... **81a** 0. | | |
| b | Did the organization file **Form 1120-POL** for this year? ............... **81b** | | X |
| 82a | Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? ............... **82a** | | X |
| b | If 'Yes,' you may indicate the value of these items here. Do not include this amount as revenue in Part I or as an expense in Part II. (See instructions in Part III.) ............ **82b** | | |
| 83a | Did the organization comply with the public inspection requirements for returns and exemption applications? ............ **83a** | X | |
| b | Did the organization comply with the disclosure requirements relating to quid pro quo contributions? ............ **83b** | X | |
| 84a | Did the organization solicit any contributions or gifts that were not tax deductible? ............... **84a** | | X |
| b | If 'Yes,' did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? ............... **84b** | | |
| 85 | *501(c)(4), (5), or (6) organizations.* **a** Were substantially all dues nondeductible by members? ............... **85a** | N/A | |
| b | Did the organization make only in-house lobbying expenditures of $2,000 or less? ............... **85b** | N/A | |
| | If 'Yes' was answered to either 85a or 85b, **do not** complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year. | | |
| c | Dues, assessments, and similar amounts from members ............... **85c** N/A | | |
| d | Section 162(e) lobbying and political expenditures ............... **85d** N/A | | |
| e | Aggregate nondeductible amount of Section 6033(e)(1)(A) dues notices ............ **85e** N/A | | |
| f | Taxable amount of lobbying and political expenditures (line 85d less 85e) .......... **85f** N/A | | |
| g | Does the organization elect to pay the Section 6033(e) tax on the amount on line 85f? ............... **85g** | N/A | |
| h | If Section 6033(e)(1)(A) dues notices were sent, does the organization agree to add the amount on line 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year? ............... **85h** | N/A | |
| 86 | *501(c)(7) organizations.* Enter: **a** Initiation fees and capital contributions included on line 12 ............... **86a** N/A | | |
| b | Gross receipts, included on line 12, for public use of club facilities ............ **86b** N/A | | |
| 87 | *501(c)(12) organizations.* Enter: **a** Gross income from members or shareholders .......... **87a** N/A | | |
| b | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) ............ **87b** N/A | | |
| 88 | At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership, or an entity disregarded as separate from the organization under Regulations Sections 301.7701-2 and 301.7701-3? If 'Yes,' complete Part IX ............... **88** | | X |
| 89a | *501(c)(3) organizations.* Enter: Amount of tax imposed on the organization during the year under: Section 4911 ▶ 0. ; Section 4912 ▶ 0. ; Section 4955 ▶ 0. | | |
| b | *501(c)(3) and 501(c)(4) organizations.* Did the organization engage in any Section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If 'Yes,' attach a statement explaining each transaction ............... **89b** | | X |
| c | Enter: Amount of tax imposed on the organization managers or disqualified persons during the year under Sections 4912, 4955, and 4958 ............... ▶ 0. | | |
| d | Enter: Amount of tax on line 89c, above, reimbursed by the organization ............... ▶ 0. | | |
| 90a | List the states with which a copy of this return is filed ▶ N/A | | |
| b | Number of employees employed in the pay period that includes March 12, 2001 (see instructions) ............... **90b** 2 | | |
| 91 | The books are in care of ▶ JAMES WELTER      Telephone number ▶ (203) 777-5810 | | |
| | Located at ▶ 153 LLOYD STREET, NEW HAVEN             CT   ZIP + 4 ▶ 06513 | | |
| 92 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of **Form 1041** – Check here ............... ▶ ☐ | | |
| | and enter the amount of tax-exempt interest received or accrued during the tax year ............... ▶ **92** | | |

BAA                                                                                                        Form 990 (2001)

TEEA0105  01/01/02

Form 990 (2001) FAIR HAVEN DEVELOPMENT CORPORATION                    06-1403430        Page 6

## Part VII  Analysis of Income-Producing Activities (See instructions.)

Note: Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | (E) Related or exempt function income |
|---|---|---|---|---|---|
| | (A) Business code | (B) Amount | (C) Exclusion code | (D) Amount | |
| 93 Program service revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f Medicare/Medicaid payments | | | | | |
| g Fees & contracts from government agencies | | | | | |
| 94 Membership dues and assessments | | | | | |
| 95 Interest on savings & temporary cash invmnts | | | | | |
| 96 Dividends & interest from securities | | | | | |
| 97 Net rental income or (loss) from real estate: | | | | | |
| a debt-financed property | | | | | |
| b not debt-financed property | | | | | |
| 98 Net rental income or (loss) from pers prop | | | | | |
| 99 Other investment income | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory | | | | | |
| 101 Net income or (loss) from special events | | | | | |
| 102 Gross profit or (loss) from sales of inventory | | | | | |
| 103 Other revenue: a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 104 Subtotal (add columns (B), (D), and (E)) | | | | | |
| 105 Total (add line 104, columns (B), (D), and (E)) | | | | | |

Note: Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I.

## Part VIII  Relationship of Activities to the Accomplishment of Exempt Purposes (See instructions.)

| Line No. ▼ | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| | |
| | |
| | |
| | |

## Part IX  Information Regarding Taxable Subsidiaries and Disregarded Entities (See instructions.)   N/A

| (A) Name, address, and EIN of corporation, partnership, or disregarded entity | (B) Percentage of ownership interest | (C) Nature of activities | (D) Total income | (E) End-of-year assets |
|---|---|---|---|---|
| | % | | | |
| | % | | | |
| | % | | | |
| | % | | | |

## Part X  Information Regarding Transfers Associated with Personal Benefit Contracts (See instructions.)

a Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ......  ☐ Yes  ☒ No

b Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ............  ☐ Yes  ☒ No

Note: If 'Yes' to (b), file Form 8870 and Form 4720 (see instructions).

Please Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

▶ _____  _____
  Signature of Officer                Date

▶ _____
  Type or Print Name and Title

Paid Preparer's Use Only

| Preparer's Signature ▶ [signature] | Date NOV - 7 2002 | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN (see General Instruction W) P00108306 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address, and ZIP + 4 ▶ | SOLAKIAN, CAIAFA & COMPANY, CPAs, LLC 388 EAST MAIN STREET BRANFORD                CT  06405-2914 | EIN ▶ 06-1343015 Phone no ▶ (203) 483-8115 | |

BAA                                                       TEEA0106  01/01/02        Form 990 (2001)