EXHIBIT 7

PART B

Case 3:02-cv-02130-AWT   Document 65-8   Filed 04/09/2007   Page 1 of 17

**Schedule A**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Organization Exempt Under Section 501(c)(3)

(Except Private Foundation) and Section 501(e), 501(f), 501(k), 501(n), or Section 4947(a)(1) Nonexempt Charitable Trust Supplementary Information — (See separate instructions.)

Supplementary Information — (see separate instructions)

► Must be completed by the above organizations and attached to their Form 990 or 990-EZ.

OMB No. 1545-0047

**2001**

| Name of the Organization | Employer Identification Number |
|---|---|
| FAIR HAVEN DEVELOPMENT CORPORATION | 06-1403430 |

**Part I** Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees
(See instructions. List each one. If there are none, enter 'None.')

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total number of other employees paid over $50,000 ▶ | None |

**Part II** Compensation of the Five Highest Paid Independent Contractors for Professional Services
(See instructions. List each one (whether individuals or firms). If there are none, enter 'None.')

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |

Total number of others receiving over $50,000 for professional services ▶ | None |

BAA For Paperwork Reduction Act Notice, see the instructions for Form 990 and Form 990-EZ.    Schedule A (Form 990 or 990-EZ) 2001

TEEA0401   01/24/02

Schedule A (Form 990 or 990-EZ) 2001    FAIR HAVEN DEVELOPMENT CORPORATION    06-1403430    Page 2

## Part III — Statements About Activities (See instructions.)

| | | Yes | No |
|---|---|---|---|
| 1 | During the year, has the organization attempted to influence national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum? If 'Yes,' enter the total expenses paid or incurred in connection with the lobbying activities ▶ $_____ _____ (Must equal amounts on line 38, Part VI-A, or line i of Part VI-B.) | | X |
| | Organizations that made an election under section 501(h) by filing Form 5768 must complete Part VI-A. Other organizations checking 'Yes,' must complete Part VI-B **and** attach a statement giving a detailed description of the lobbying activities. | | |
| 2 | During the year, has the organization, either directly or indirectly, engaged in any of the following acts with any substantial contributors, trustees, directors, officers, creators, key employees, or members of their families, or with any taxable organization with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary? *(If the answer to any question is 'Yes,' attach a detailed statement explaining the transactions.)* | | |
| a | Sale, exchange, or leasing of property? | | X |
| b | Lending of money or other extension of credit? | | X |
| c | Furnishing of goods, services, or facilities? | | X |
| d | Payment of compensation (or payment or reimbursement of expenses if more than $1,000)? | | X |
| e | Transfer of any part of its income or assets? | | X |
| 3 | Does the organization make grants for scholarships, fellowships, student loans, etc? (See **Note** below.) | | X |
| 4 | Do you have a section 403(b) annuity plan for your employees? | | X |

**Note:** *Attach a statement to explain how the organization determines that individuals or organizations receiving grants or loans from it in furtherance of its charitable programs 'qualify' to receive payments.*

## Part IV — Reason for Non-Private Foundation Status (See instructions.)

The organization is not a private foundation because it is (please check only **One** applicable box):

5 ☐ A church, convention of churches, or association of churches. Section 170(b)(1)(A)(i).

6 ☐ A school. Section 170(b)(1)(A)(ii). (Also complete Part V.)

7 ☐ A hospital or a cooperative hospital service organization. Section 170(b)(1)(A)(iii).

8 ☐ A federal, state, or local government or governmental unit. Section 170(b)(1)(A)(v).

9 ☐ A medical research organization operated in conjunction with a hospital. Section 170(b)(1)(A)(iii). **Enter the hospital's name, city, and state** ▶ _____

10 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit. Section 170(b)(1)(A)(iv). (Also complete the **Support Schedule** in Part IV-A.)

11a ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public. Section 170(b)(1)(A)(vi). (Also complete the **Support Schedule** in Part IV-A.)

11b ☐ A community trust. Section 170(b)(1)(A)(vi). (Also complete the **Support Schedule** in Part IV-A.)

12 ☐ An organization that normally receives: **(1)** more than 33-1/3% of its support from contributions, membership fees, and gross receipts from activities related to its charitable, etc, functions — subject to certain exceptions, and **(2) no more than 33-1/3%** of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See section 509(a)(2). (Also complete the **Support Schedule** in Part IV-A.)

13 ☐ An organization that is not controlled by any disqualified persons (other than foundation managers) and supports organizations described in: **(1)** lines 5 through 12 above; or **(2)** section 501(c)(4), (5), or (6), if they meet the test of section 509(a)(2). (See section 509(a)(3).)

Provide the following information about the supported organizations. (See instructions.)

| (a) Name(s) of supported organization(s) | (b) Line number from above |
|---|---|
| | |
| | |

14 ☐ An organization organized and operated to test for public safety. Section 509(a)(4). (See instructions.)

BAA    TEEA0402   01/21/02    Schedule A (Form 990 or Form 990-EZ) 2001

Schedule A (Form 990 or 990-EZ) 2001    FAIR HAVEN DEVELOPMENT CORPORATION    06-1403430    Page 3

**Part IV-A  Support Schedule** (Complete only if you checked a box on line 10, 11, or 12.) *Use cash method of accounting.*

Note: *You may use the worksheet in the instructions for converting from the accrual to the cash method of accounting.*

| Calendar year (or fiscal year beginning in) ▶ | (a) 2000 | (b) 1999 | (c) 1998 | (d) 1997 | (e) Total |
|---|---|---|---|---|---|
| 15  Gifts, grants, and contributions received. (Do not include unusual grants. See line 28.) | 160,241. | 156,071. | 105,000. | 141,215. | 562,527. |
| 16  Membership fees received | | | | | |
| 17  Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is related to the organization's charitable, etc, purpose | | | | | |
| 18  Gross income from interest, dividends, amounts received from payments on securities loans (Section 512(a)(5)), rents, royalties, and unrelated business taxable income (less Section 511 taxes) from businesses acquired by the organization after June 30, 1975 | | | | | |
| 19  Net income from unrelated business activities not included in line 18 | | | | | |
| 20  Tax revenues levied for the organization's benefit and either paid to it or expended on its behalf | | | | | |
| 21  The value of services or facilities furnished to the organization by a governmental unit without charge. Do not include the value of services or facilities generally furnished to the public without charge | | | | | |
| 22  Other income. Attach a schedule. Do not include gain or (loss) from sale of capital assets | | | | | |
| 23  Total of lines 15 through 22 | 160,241. | 156,071. | 105,000. | 141,215. | 562,527. |
| 24  Line 23 minus line 17 | 160,241. | 156,071. | 105,000. | 141,215. | 562,527. |
| 25  Enter 1% of line 23 | 1,602. | 1,561. | 1,050. | 1,412. | |

| 26  Organizations described on lines 10 or 11:   a Enter 2% of amount in column (e), line 24 ▶ | 26a | 11,251. |
|---|---|---|
| b Prepare a list for your records to show the name of and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 1997 through 2000 exceeded the amount shown in line 26a. Do not file this list with your return. Enter the total of all these excess amounts ▶ | 26b | |
| c Total support for Section 509(a)(1) test: Enter line 24, column (e) ▶ | 26c | 562,527. |
| d Add: Amounts from column (e) for lines:    18 _____    19 _____     22 _____    26b _____ ▶ | 26d | |
| e Public support (line 26c minus line 26d total) ▶ | 26e | 562,527. |
| f Public support percentage (line 26e (numerator) divided by line 26c (denominator)) ▶ | 26f | 100.00 % |

27  Organizations described on line 12:

a For amounts included in lines 15, 16, and 17 that were received from a 'disqualified person,' prepare a list for your records to show the name of, and total amounts received in each year from, each 'disqualified person.' **Do not file this list with your return.** Enter the sum of such amounts for each year:

(2000) _____  (1999) _____  (1998) _____  (1997) _____

b For any amount included in line 17 that was received from each person (other than 'disqualified persons'), prepare a list for your records to show the name of, and amount received for each year, that was more than the **larger of (1)** the amount on line 25 for the year or **(2)** $5,000. (Include in the list organizations described in lines 5 through 11, as well as individuals.) **Do not file this list with your return.** After computing the difference between the amount received and the larger amount described in **(1)** or **(2)**, enter the sum of these differences (the excess amounts) for each year:

(2000) _____  (1999) _____  (1998) _____  (1997) _____

| c Add: Amounts from column (e) for lines:    15 _____    16 _____     17 _____    20 _____    21 _____ ▶ | 27c | |
|---|---|---|
| d Add: Line 27a total _____   and line 27b total _____ ▶ | 27d | |
| e Public support (line 27c total minus line 27d total) ▶ | 27e | |
| f Total support for section 509(a)(2) test: Enter amount from line 23, column (e) ▶ 27f _____ | | |
| g Public support percentage (line 27e (numerator) divided by line 27f (denominator)) ▶ | 27g | % |
| h Investment income percentage (line 18, column (e) (numerator) divided by line 27f (denominator)) ▶ | 27h | % |

28  **Unusual Grants:** For an organization described in line 10, 11, or 12 that received any unusual grants during 1997 through 2000, prepare a list for your records to show, for each year, the name of the contributor, the date and amount of the grant, and a brief description of the nature of the grant. **Do not file this list with your return.** Do not include these grants in line 15.

BAA    TEEA0403   12/31/01    Schedule A (Form 990 or 990-EZ) 2001

Schedule A (Form 990 or 990-EZ) 2001   FAIR HAVEN DEVELOPMENT CORPORATION   06-1403430   Page 4

### Part V — Private School Questionnaire (See instructions.)
(To be completed Only by schools that checked the box on line 6 in Part IV)   N/A

| # | Question | Ref | Yes | No |
|---|---|---|---|---|
| 29 | Does the organization have a racially nondiscriminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body? | 29 | | |
| 30 | Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures, catalogues, and other written communications with the public dealing with student admissions, programs, and scholarships? | 30 | | |
| 31 | Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students, or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves? | 31 | | |

If 'Yes,' please describe; if 'No,' please explain. (If you need more space, attach a separate statement.)

_____
_____
_____

32  Does the organization maintain the following:

| | | Ref | Yes | No |
|---|---|---|---|---|
| a | Records indicating the racial composition of the student body, faculty, and administrative staff? | 32a | | |
| b | Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis? | 32b | | |
| c | Copies of all catalogues, brochures, announcements, and other written communications to the public dealing with student admissions, programs, and scholarships? | 32c | | |
| d | Copies of all material used by the organization or on its behalf to solicit contributions? | 32d | | |

If you answered 'No' to any of the above, please explain. (If you need more space, attach a separate statement.)

_____
_____

33  Does the organization discriminate by race in any way with respect to:

| | | Ref | Yes | No |
|---|---|---|---|---|
| a | Students' rights or privileges? | 33a | | |
| b | Admissions policies? | 33b | | |
| c | Employment of faculty or administrative staff? | 33c | | |
| d | Scholarships or other financial assistance? | 33d | | |
| e | Educational policies? | 33e | | |
| f | Use of facilities? | 33f | | |
| g | Athletic programs? | 33g | | |
| h | Other extracurricular activities? | 33h | | |

If you answered 'Yes' to any of the above, please explain. (If you need more space, attach a separate statement.)

_____
_____
_____

| | | Ref | Yes | No |
|---|---|---|---|---|
| 34a | Does the organization receive any financial aid or assistance from a governmental agency? | 34a | | |
| b | Has the organization's right to such aid ever been revoked or suspended? | 34b | | |

If you answered 'Yes' to either 34a or b, please explain using an attached statement.

| | | Ref | Yes | No |
|---|---|---|---|---|
| 35 | Does the organization certify that it has complied with the applicable requirements of sections 4.01 through 4.05 of Rev Proc 75-50, 1975-2 C.B. 587, covering racial nondiscrimination? If 'No,' attach an explanation. | 35 | | |

Schedule A (Form 990 or 990-EZ) 2001    FAIR HAVEN DEVELOPMENT CORPORATION    06-1403430    Page 5

### Part VI-A  Lobbying Expenditures by Electing Public Charities (See instructions.)
(To be completed **Only** by an eligible organization that filed Form 5768)    N/A

Check ► a ☐ if the organization belongs to an affiliated group.    Check ► b ☐ if you checked 'a' and 'limited control' provisions apply.

| Limits on Lobbying Expenditures<br>(The term 'expenditures' means amounts paid or incurred.) | | (a)<br>Affiliated group totals | (b)<br>To be completed for **all** electing organizations |
|---|---|---|---|
| 36 Total lobbying expenditures to influence public opinion (grassroots lobbying) | 36 | | |
| 37 Total lobbying expenditures to influence a legislative body (direct lobbying) | 37 | | |
| 38 Total lobbying expenditures (add lines 36 and 37) | 38 | | |
| 39 Other exempt purpose expenditures | 39 | | |
| 40 Total exempt purpose expenditures (add lines 38 and 39) | 40 | | |
| 41 Lobbying nontaxable amount. Enter the amount from the following table —<br>**If the amount on line 40 is —**     **The lobbying nontaxable amount is —**<br>Not over $500,000 . . . . . . . . . . . . . . . . . 20% of the amount on line 40<br>Over $500,000 but not over $1,000,000 . . . . . . . . . . $100,000 plus 15% of the excess over $500,000<br>Over $1,000,000 but not over $1,500,000 . . . . . . . . . $175,000 plus 10% of the excess over $1,000,000<br>Over $1,500,000 but not over $17,000,000 . . . . . . . . $225,000 plus 5% of the excess over $1,500,000<br>Over $17,000,000 . . . . . . . . . . . . . . . . . . . . . . . $1,000,000 | 41 | | |
| 42 Grassroots nontaxable amount (enter 25% of line 41) | 42 | | |
| 43 Subtract line 42 from line 36. Enter -0- if line 42 is more than line 36 | 43 | | |
| 44 Subtract line 41 from line 38. Enter -0- if line 41 is more than line 38 | 44 | | |

**Caution:** *If there is an amount on either line 43 or line 44, you must file Form 4720.*

### 4-Year Averaging Period Under Section 501(h)
(Some organizations that made a section 501(h) election do not have to complete all of the five columns below.
See the instructions for lines 45 through 50.)

| | Lobbying Expenditures During 4-Year Averaging Period | | | | |
|---|---|---|---|---|---|
| Calendar year<br>(or fiscal year<br>beginning in) ► | (a)<br>2001 | (b)<br>2000 | (c)<br>1999 | (d)<br>1998 | (e)<br>Total |
| 45 Lobbying nontaxable amount | | | | | |
| 46 Lobbying ceiling amount (150% of line 45(e)) | | | | | |
| 47 Total lobbying expenditures | | | | | |
| 48 Grassroots nontaxable amount | | | | | |
| 49 Grassroots ceiling amount (150% of line 48(e)) | | | | | |
| 50 Grassroots lobbying expenditures | | | | | |

### Part VI-B  Lobbying Activity by Nonelecting Public Charities
(For reporting only by organizations that did not complete Part VI-A) (See instructions.)

During the year, did the organization attempt to influence national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of:

| | Yes | No | Amount |
|---|---|---|---|
| a Volunteers | | X | |
| b Paid staff or management (include compensation in expenses reported on lines c through h.) | | X | |
| c Media advertisements | | X | |
| d Mailings to members, legislators, or the public | | X | |
| e Publications, or published or broadcast statements | | X | |
| f Grants to other organizations for lobbying purposes | | X | |
| g Direct contact with legislators, their staffs, government officials, or a legislative body | | X | |
| h Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means | | X | |
| i Total lobbying expenditures (add lines **c** through **h**.) | | | |

If 'Yes' to any of the above, also attach a statement giving a detailed description of the lobbying activities.

BAA    Schedule A (Form 990 or 990-EZ) 2001

TEEA0405    12/31/01

Schedule A (Form 990 or 990-EZ) 2001   FAIR HAVEN DEVELOPMENT CORPORATION   06-1403430   Page **6**

**Part VII** | **Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations** (See instructions)

**51** Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| **a** Transfers from the reporting organization to a noncharitable exempt organization of: | | | |
| (i) Cash | 51a (i) | | X |
| (ii) Other assets | a (ii) | | X |
| **b** Other transactions: | | | |
| (i) Sales or exchanges of assets with a noncharitable exempt organization | b (i) | | X |
| (ii) Purchases of assets from a noncharitable exempt organization | b (ii) | | X |
| (iii) Rental of facilities, equipment, or other assets | b (iii) | | X |
| (iv) Reimbursement arrangements | b (iv) | | X |
| (v) Loans or loan guarantees | b (v) | | X |
| (vi) Performance of services or membership or fundraising solicitations | b (vi) | | X |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees | c | | X |

**d** If the answer to any of the above is 'Yes,' complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received:

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |

**52a** Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? ▶ ☐ Yes ☒ No

**b** If 'Yes,' complete the following schedule:

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |

BAA   TEEA0406  09/25/01   Schedule A (Form 990 or 990-EZ) 2001

**Schedule B**
(Form 990, 990-EZ, or 990-PF)
Department of the Treasury
Internal Revenue Service

## Schedule of Contributors
Supplementary information for
line 1 of Form 990, 990-EZ and 990-PF (see instructions)

OMB No. 1545-0047

**2001**

| Name of Organization | Employer Identification Number |
|---|---|
| FAIR HAVEN DEVELOPMENT CORPORATION | 06-1403430 |

**Organization type** (check one):

Filers of:      Section:

Form 990 or 990-EZ
- [X] 501(c)( 3 ) (enter number) organization
- [ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation
- [ ] 527 political organization

Form 990-PF
- [ ] 501(c)(3) exempt private foundation
- [ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation
- [ ] 501(c)(3) taxable private foundation

Check if your organization is covered by the **general rule** or a **special rule**. (**Note:** *Only a Section 501(c)(7), (8), or (10) organization can check box(es) for both the general rule and a special rule – see instructions.*)

**General Rule —**

- [X] For organizations filing Form 990, 990-EZ, or 990-PF that received, during the year, $5,000 or more (in money or property) from any one contributor. (Complete Parts I and II.)

**Special Rules —**

- [ ] For a Section 501(c)(3) organization filing Form 990, or Form 990-EZ, that met the 33-1/3% support test of the regulations under sections 509(a)(1)/170(b)(1)(A)(vi) and received from any one contributor, during the year, a contribution of the greater of $5,000 or 2% of the amount on line 1 of these forms. (Complete Parts I and II.)

- [ ] For a Section 501(c)(7), (8), or (10) organization filing Form 990, or Form 990-EZ, that received from any one contributor, during the year, aggregate contributions or bequests of more than $1,000 for use *exclusively* for religious, charitable, scientific, literary, or educational purposes, or the prevention of cruelty to children or animals. (Complete Parts I, II, and III.)

- [ ] For a Section 501(c)(7), (8), or (10) organization filing Form 990, or Form 990-EZ, that received from any one contributor, during the year, some contributions for use *exclusively* for religious, charitable, etc, purposes, but these contributions did not aggregate to more than $1,000. (If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc, purpose. Do not complete any of the Parts unless the general rule applies to this orgainization because it received nonexclusively religious, charitable, etc., contributions of $5,000 or more duing the year.) .................................. ► $ _____

**Caution:** *Organizations that are not covered by the general rule and/or the special rules do not file Schedule B (Form 990, 990-EZ, or 990-PF) but **must** check the box in the heading of their Form 990, Form 990-EZ, or on line 1 of their Form 990-PF, to certify that they do not meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).*

BAA          Schedule **B** (Form 990, 990-EZ, or 990-PF) (2001)

TEEA0701  12/30/01

Schedule **B** (Form 990, 990-EZ, 990-PF) (2001)     Page 1 to 1 of Part I

| Name of Organization | Employer Identification Number |
|---|---|
| FAIR HAVEN DEVELOPMENT CORPORATION | 06-1403430 |

**Part I**   Contributors (see instructions)

| (a) Number | (b) Name, address and ZIP + 4 | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | YALE UNIVERSITY<br>ELM STREET<br>NEW HAVEN    CT 06510 | $ 15,000. | Person [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is noncash contribution.) |
| 2 | FLEET BANK<br>P.O. BOX 2197<br>BOSTON    MA 02106 | $ 10,000. | Person [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is noncash contribution.) |
| 3 | UNITED ILLUMINATING<br>157 CHURCH STREET<br>NEW HAVEN    CT 06505 | $ 5,000. | Person [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is noncash contribution.) |
| 4 | CHARTER ONE BANK<br>833 BROADWAY<br>ALBANY    NY 12207 | $ 10,000. | Person [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is noncash contribution.) |
| 5 | NEW HAVEN SELF STORAGE LLC<br>43-45 RIVER STREET<br>NEW HAVEN    CT 06513 | $ 5,000. | Person [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is noncash contribution.) |
|  |  | $ | Person [ ]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is noncash contribution.) |

BAA     TEEA0702   01/02/02     Schedule **B** (Form 990, 990-EZ, 990-PF) (2001)

| Form **8868** (December 2000) | Application for Extension of Time to File an Exempt Organization Return | OMB No. 1545-1709 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► File a separate application for each return. | |

- If you are filing for an **Automatic 3-Month Extension**, complete only Part I and check this box .................................. ► [X]
- If you are filing for an **Additional (not automatic) 3-Month Extension**, complete only Part II (on page 2 of this form).

**Note:** *Do not complete Part II unless you have already been granted an automatic 3-month extension on a previously filed Form 8868.*

**Part I  Automatic 3-Month Extension of Time** — Only submit original (no copies needed)

**Note:** *Form 990-T corporations* requesting an automatic 6-month extension — check this box and complete Part I only ............... ► [ ]

All other corporations (including Form 990-C filers) must use Form 7004 to request an extension of time to file income tax returns. Partnerships, REMICs and trusts must use Form 8736 to request an extension of time to file Form 1065, 1066, or 1041.

| Type or print | Name of Exempt Organization<br>FAIR HAVEN DEVELOPMENT CORPORATION | Employer Identification Number<br>06-1403430 |
|---|---|---|
| File by the due date for filing your return. See instructions. | Number, Street, and Room or Suite Number. If a P.O. Box, see instructions<br>153 LLOYD STREET | |
| | City, Town or Post Office. For a foreign address, see instructions.<br>NEW HAVEN | State  ZIP Code<br>CT    06513 |

**Check type of return to be filed** (file a separate application for each return):

| [X] Form 990 | [ ] Form 990-T (corporation) | [ ] Form 4720 |
| [ ] Form 990-BL | [ ] Form 990-T (Section 401(a) or 408(a) trust) | [ ] Form 5227 |
| [ ] Form 990-EZ | [ ] Form 990-T (trust other than above) | [ ] Form 6069 |
| [ ] Form 990-PF | [ ] Form 1041-A | [ ] Form 8870 |

- If the organization does **not** have an office or place of business in the United States, check this box ..................... ► [ ]
- If this is for a **group return**, enter the organization's four digit Group Exemption Number (GEN) _____. If this is for the **whole** group, check this box . ► [ ]. If it is for part of the group, check this box .. ► [ ] and attach a list with the names and EINs of all members the extension will cover.

1  I request an automatic 3-month (6-month, for **990-T corporation**) extension of time until  Feb 18, 20 03,
to file the exempt organization return for the organization named above. The extension is for the organization's return for:
   ► [ ] calendar year 20 ___ or
   ► [X] tax year beginning  Jul 1, 20 01, and ending  Jun 30, 20 02.

2  If this tax year is for less than 12 months, check reason:  [ ] Initial return   [ ] Final return   [ ] Change in accounting period

3a If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any
   nonrefundable credits. See instructions ........................................................... $           0.

b  If this application is for Form 990-PF or 990-T, enter any refundable credits and estimated tax payments made.
   Include any prior year overpayment allowed as a credit .................................. $           0.

c  **Balance Due.** Subtract line 3b from line 3a. Include your payment with this form, or, if required, deposit with FTD
   coupon or, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions .......... $           0.

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form.

Signature ► [signature]    Title ► CPA    Date ► 11/13/02

BAA For Paperwork Reduction Act Notice, see instructions.    Form **8868** (12-2000)

FIFZ0501  11/27/01

Form 990, Page 2, Part II, Line 43
**Other Expenses Stmt**

| Other expenses not covered above (itemize): | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|
| REPAIRS | 1,841. | 1,565. | 276. | 0. |
| UTILITIES | 2,095. | 1,781. | 314. | 0. |
| NET DEVELOPMENT COSTS | 22,913. | 22,913. | 0. | 0. |
| Total | 26,849. | 26,259. | 590. | 0. |

Form 990, Page 3, Part IV, Lines 57a & 57b
**Land, Buildings and Equipment Statement**

| | (a) Cost/Other Basis | (b) Accumulated Depreciation | (c) Book Value |
|---|---|---|---|
| COMPUTER EQUIPMENT | 1,790. | 1,790. | 0. |
| BUILDING | 41,544. | 737. | 40,807. |
| LAND | 18,317. | 0. | 18,317. |
| Total | 61,651. | 2,527. | 59,124. |

Form 990, Page 3, Part IV, Line 65
**Other Liabilities Statement**

| Line 65 - Other Liabilities: | Beginning of Year | End of Year |
|---|---|---|
| DUE TO FUNDING SOURCE | 18,750. | 18,750. |
| LOANS PAYABLE | 27,769. | 164,891. |
| DEFERRED REVENUE | 14,640. | 5,000. |
| Total | 61,159. | 188,641. |

FAIR HAVEN DEVELOPMENT CORPORATION    06-1403430                2

**Supporting Statement of:**

Form 990 p 3/Line 64b, column (B)

| Description | Amount |
|---|---|
| MORTGAGE NOTE PAYABLE | 59,794. |
| Total | 59,794. |

# FAIR HAVEN DEVELOPMENT CORPORATION 

Board of Directors:

| | |
|---|---|
| Menen Osorio-Fuentes<br>137 Wolcott Street<br>New Haven, CT 06513<br>H: 203-562-4488   W: 203-946-8522 / 203-946-6432 | President |
| Robert Franklin<br>228 Blatchley Avenue<br>New Haven, CT 06513<br>203-776-5776 | Treasurer |
| Inna Coleman<br>33 Mott Street<br>Hamden, CT 06514<br>203-624-5849 / 946-8620 | Secretary |
| Elba Franklin<br>228 Blatchley Avenue<br>New Haven, CT 06513<br>203-776-5776 / 203-974-8088 | Member |
| Fernando Romero<br>393 Lombard Street<br>New Haven, CT 06513<br>[c/o 777-3694] | Member |
| Hector Maroquin<br>21 Alton Street<br>New Haven, CT 06513<br>203-641-7610 / 203-882-0011 | Member |
| Flor Rodriguez-Smith<br>c/o Sovereign Bank<br>81 West Main Street<br>Waterbury, CT 06702<br>465-6264 | Member |
| Katerina Clark<br>c/o Fair Haven Community Health Center<br>374 Grand Avenue<br>New Haven, CT 06513<br>777-7411 | Member |
| Kevin Diaz<br>391 Lombard Street<br>New Haven, CT 06513<br>H: 203-498-9297   W: 203-865-5700 ext. 42 | Ex Officio |

# FAIR HAVEN DEVELOPMENT CORPORATION 

Raul Avila                                                                                 Ex Officio
137 Wolcott Street
New Haven, CT 06513
H: 203-777-3098   W: 203-785-6862   B: 203-370-1261

Robin Kroogman                                                                     Ex Officio
19 Perkins Street
New Haven, CT 06513
773-3259

Staff:

Harvey Edelstein                                                           CEO/Director of Operations
c/o 153 Lloyd Street
New Haven, CT 06513

James R. Welter II                                                               Executive Director
c/o 153 Lloyd Street
New Haven, CT 06513
203-777-5810

Maritza Rios                                                                   Administrative Assistant
c/o 153 Lloyd Street
New Haven, CT 06513
203-777-5810

Merle Berke-Schlessel                                                        Management Consultant
c/o 153 Lloyd Street
New Haven, CT 06513
203-777-5810

Nancy Hayes                                                                    Accounting Consultant
c/o 153 Lloyd Street
New Haven, CT 06513
203-777-5810


Disclosures:

Kevin Diaz, Raul Avila, and Robin Kroogman sit on the Board of Aldermen of the City of New Haven and are also ex officio [i.e., non-voting] members of FHDC's Board of Directors. As such, they are in a position to provide advice and to gain inside information regarding FHDC's activities, applications, bids, proposals, etc., but their non-voting status prohibits any decision-making authority or activity on their part with respect to the organization's activities. They do not and will not benefit financially in any way from FHDC's activities.

STATE

STATE OF CONNECTICUT
DEPARTMENT OF CONSUMER PROTECTION
ANNUAL REPORT FACE SHEET
FORM CPC-60 REV. 06/00 (DOUBLE-SIDED FORM)
TELEPHONE: (860) 808-5030

**CLIENT'S COPY**

## ANNUAL REPORT FACE SHEET

*PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM. ATTACHMENTS ARE REQUIRED.*

Registration Number: 9954-06793

Telephone Number: (203) 777-5810

FAIR HAVEN DEVELOPMENT CORPORATION
153 LLOYD STREET
NEW HAVEN, CT 06513

This form and attachments are to be used for your financial report for your fiscal year ended: **JUNE 30, 2001**

The complete report including fees, forms and attachments must be postmarked by: **NOVEMBER 30, 2001**

1. **Attach** a completed Internal Revenue Service Form 990, Form 990EZ or Form 990PF, with all applicable schedules and attachments, prepared according to I.R.S. instructions <u>and</u> Connecticut Special Instructions

2. Was gross revenue in excess of $200,000? (for exclusions from revenue, see instructions)
   ____Yes  _X_ No  If yes, **attach** an audit opinion, see the instructions.

[CLIP CHECK HERE]

3. Names, other than the one above, under which funds will be solicited:
   _____

4. Since the filing of its last annual report, did the organization use an outside fund-raising counsel or solicitor to raise money in Connecticut? ____Yes  _X_ No   If yes, state the name and address of the counsel or solicitor.
   Name: _____
   Address: _____
   City, State & Zip Code _____

5. Does the organization plan to use within the next year an outside fund-raising counsel or solicitor to raise money in Connecticut? ____Yes  _X_ No   If yes, state the name and address of the counsel or solicitor.
   Name: _____
   Address: _____
   City, State & Zip Code _____

6. If the answer to any of the following is yes, **attach** a detailed explanation. All questions relate to the period since the filing of the organization's last annual report.
   A. Has there been any change in the organization's tax status with the Internal Revenue Service?   ____Yes  _X_ No
   B. Has there been a significant change in the purposes of the organization?   ____Yes  _X_ No
   C. Has the organization's right to solicit funds been denied, suspended, revoked, or enjoined by any state agency or by any court, or are proceedings pending?   ____Yes  _X_ No

7. (Both optional) Web site URL: _____   e-mail address: _____

We hereby certify under penalty of false statement that we are authorized to sign this document for the organization and that the information provided, including all attachments, is true and complete to the best of our knowledge.

Signed: _____   Date: ___ / ___ / ___
Print name: _____   Title: _____

Signed: _____   Date: ___ / ___ / ___
Print name: _____   Title: _____

**\*\*STATE LAW REQUIRES THAT TWO PERSONS SIGN THIS FORM\*\***

**Solakian, Caiafa & Company, LLC**

Certified Public Accountants

388 East Main Street
Branford, Connecticut 06405-2914 USA

TEL (203) 483-8115
FAX (203) 483-0367

http://www.solakiancaiafa.com
e-mail: advisor@solakiancaiafa.com

November 13, 2002

Public Charities Unit
c/o Office of the Attorney General
55 Elm Street
Hartford, CT 06106

    Re:    Fair Haven Development Corporation
                06-1403430

To Whom It May Concern:

On behalf of the above-mentioned organization, we are requesting a 90 day extension of time to file a copy of Form CPC-60 and Form 990 for the year ended June 30, 2002. If you need any additional information, please call us at (203) 483-8115.

Sincerely,

Michael Solakian
Managing Member

MS/sm