# EXHIBIT 7

# PART C

**Solakian, Caiafa & Company, LLC**
Certified Public Accountants

388 East Main Street
Branford, Connecticut 06405-2914 USA

TEL (203) 483-8115
FAX (203) 483-0367

http://www.solakiancaiafa.com
e-mail: advisor@solakiancaiafa.com

# FAIR HAVEN DEVELOPMENT CORPORATION

Financial Statements and Schedules

Years ended June 30, 2002 and 2001

# FAIR HAVEN DEVELOPMENT CORPORATION

Financial Statements and Schedules

Years ended June 30, 2002 and 2001

## Table of Contents

|  | Page |
|---|---|
| Independent Auditors' Report |  |
| Statements of Financial Position | 1 |
| Statements of Activities | 2 |
| Statements of Cash Flows | 3 |
| Statements of Functional Expenses | 4 |
| Notes to Financial Statements | 5 - 8 |

### Schedules

| | Page |
|---|---|
| Schedule of Expenditures of Federal Awards | 9 |
| Report on Compliance and on Internal Control over Financial Reporting Based on an Audit of Financial Statements Performed in Accordance with *Government Auditing Standards* | 10 |
| Report on Compliance with Requirements Applicable to Each Major Program and Internal Control over Compliance in Accordance with OMB Circular A-133 | 11 - 12 |
| Schedule of Findings and Questioned Costs – Federal Awards | 13 |

**Solakian, Caiafa & Company, LLC**

Certified Public Accountants

388 East Main Street
Branford, Connecticut 06405-2914 USA

TEL (203) 483-8115
FAX (203) 483-0367

http://www.solakiancaiafa.com
e-mail: advisor@solakiancaiafa.com

# INDEPENDENT AUDITORS' REPORT

To the Board of Directors
Fair Haven Development Corporation:

We have audited the accompanying statements of financial position of Fair Haven Development Corporation as of June 30, 2002 and 2001, and the related statements of activities and cash flows for the years then ended. These financial statements are the responsibility of the Organization's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America and the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Fair Haven Development Corporation as of June 30, 2002 and 2001, and the changes in its net assets and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

In accordance with *Government Auditing Standards*, we have also issued our report dated October 16, 2002, on our consideration of the Organization's internal control over financial reporting and our tests of its compliance with certain provisions of laws, regulations, contracts and grants. That report is an integral part of an audit performed in accordance with *Government Auditing Standards* and should be read in conjunction with this report in considering the results of our audit.

Our audits were performed for the purpose of forming an opinion on the basic financial statements of Fair Haven Development Corporation taken as a whole. The accompanying schedules are presented for purposes of additional analysis as required by U.S. Office of Management and Budget Circular A-133, *Audits of States, Local Governments, and Non-Profit Organizations*, and are not a required part of the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and, in our opinion, is fairly stated, in all material respects, in relation to the financial statements taken as a whole.

*Solakian, Caiafa & Company, LLC* (signature)

October 16, 2002

THIS REPORT IS ISSUED WITH THE UNDERSTANDING THAT WHILE IT MAY BE REPRODUCED IN ITS ENTIRETY, EXTRACTS FROM IT OR REFERENCES TO IT SHALL FIRST BE SUBMITTED FOR OUR WRITTEN APPROVAL.

# FAIR HAVEN DEVELOPMENT CORPORATION

## Statements of Financial Position

### June 30, 2002 and 2001

### *Assets*

|  | 2002 | 2001 |
|---|---:|---:|
| **Current assets:** |  |  |
| Cash | $ 38,698 | 26,794 |
| Grants receivable | 5,000 | 20,943 |
| Accounts receivable | - | 2,905 |
| Housing inventory | 164,479 | 70,647 |
| Total current assets | 208,177 | 121,289 |
|  |  |  |
| **Property and equipment, at cost:** |  |  |
| Land and building | 59,861 | - |
| Computer equipment | 1,790 | 1,790 |
|  | 61,651 | 1,790 |
| Less accumulated depreciation | 2,527 | 1,434 |
| Property and equipment, net | 59,124 | 356 |
|  |  |  |
|  | $ 267,301 | 121,645 |

### *Liabilities and Net Assets*

|  | 2002 | 2001 |
|---|---:|---:|
| **Current liabilities:** |  |  |
| Notes payable | $ 164,891 | 27,769 |
| Current portion of long-term debt | 2,000 | - |
| Accounts payable and accrued expenses | 43,442 | 17,764 |
| Due to funding source | 18,750 | 18,750 |
| Deferred grant revenue | 5,000 | 14,640 |
| Total current liabilities | 234,083 | 78,923 |
|  |  |  |
| **Long-term liabilities:** |  |  |
| Long-term debt, excluding current portion | 57,794 | - |
| Total liabilities | 291,877 | 78,923 |
|  |  |  |
| **Net assets:** |  |  |
| Unrestricted | (28,520) | 35,409 |
| Temporarily restricted | 3,944 | 7,313 |
| Total net assets | (24,576) | 42,722 |
|  |  |  |
|  | $ 267,301 | 121,645 |

See accompanying notes to financial statements.

1

**FAIR HAVEN DEVELOPMENT CORPORATION**

Statements of Activities

Years ended June 30, 2002 and 2002

| | 2002 | 2001 |
|---|---:|---:|
| **Unrestricted Net Assets** | | |
| **Revenue and support:** | | |
| Grants and contracts | $ 105,240 | 99,247 |
| Contributions and other income | 4,870 | 26,677 |
| Assets released from restrictions | 7,369 | 14,187 |
| Total revenue and support | 117,479 | 140,111 |
| **Expenses:** | | |
| Program services | 136,904 | 117,597 |
| Management and general | 21,591 | 19,995 |
| Net development costs of sold property | 22,913 | - |
| Total expenses | 181,408 | 137,592 |
| Increase (decrease) in unrestricted net assets | (63,929) | 2,519 |
| **Temporarily Restricted Net Assets** | | |
| Contributions | 4,000 | 21,500 |
| Assets released from restrictions | (7,369) | (14,187) |
| Decrease in temporarily restricted net assets | (3,369) | 7,313 |
| Increase (decrease) in net assets | (67,298) | 9,832 |
| Net assets - beginning of year | 42,722 | 32,890 |
| Net assets - end of year | $ (24,576) | 42,722 |

See accompanying notes to financial statements.

2

# FAIR HAVEN DEVELOPMENT CORPORATION

## Statements of Cash Flows

### Years ended June 30, 2001 and 2002

|  | 2002 | 2001 |
|---|---|---|
| **Cash flows provided by operating activities:** | | |
| Increase (decrease) in net assets | $ (67,298) | 9,832 |
| Adjustments to reconcile changes in net assets to net cash used in operating activities: | | |
| Depreciation | 1,093 | 360 |
| Changes in operating assets and liabilities: | | |
| Decrease (increase) in: | | |
| Grants receivable | 15,943 | 12,817 |
| Accounts receivable | 2,905 | - |
| Housing inventory | (93,832) | (46,961) |
| Increase (decrease) in: | | |
| Accounts payable and accrued expenses | 25,678 | (1,941) |
| Deferred grant revenue | (9,640) | 14,640 |
| Net cash used in operating activities | (125,151) | (11,253) |
| **Cash flows from investing activities:** | | |
| Acquisition of property and equipment | (59,861) | - |
| Net cash used in investing activities | (59,861) | - |
| **Cash flows from financing activities:** | | |
| Proceeds from long-term debt | 60,000 | - |
| Net proceeds from notes payable | 137,122 | 27,769 |
| Payments on long-term debt | (206) | - |
| Net cash provided by financing activities | 196,916 | 27,769 |
| Increase in cash | 11,904 | 16,516 |
| Cash - beginning of year | 26,794 | 10,278 |
| Cash - end of year | $ 38,698 | 26,794 |
| Cash paid for: | | |
| Interest | $ 1,363 | - |

See accompanying notes to financial statements.

# FAIR HAVEN DEVELOPMENT CORPORATION

## Statements of Functional Expenses

### Years ended June 30, 2002 and 2001

| | 2002 | | | 2001 | | |
|---|---|---|---|---|---|---|
| | Program services | Management and general | Total | Program services | Management and general | Total |
| Personnel expenses: | | | | | | |
| Salaries and wages | $ 60,656 | 6,739 | 67,395 | 54,254 | 6,028 | 60,282 |
| Employee benefits and taxes | 10,169 | 1,130 | 11,299 | 9,588 | 1,065 | 10,653 |
| Total salaries and related benefits | 70,825 | 7,869 | 78,694 | 63,842 | 7,093 | 70,935 |
| Consultants | 29,582 | 3,287 | 32,869 | 14,337 | 1,592 | 15,929 |
| Professional fees | 11,483 | 5,776 | 17,259 | 21,372 | 3,771 | 25,143 |
| Office expenses | 5,590 | 986 | 6,576 | 2,819 | 497 | 3,316 |
| Insurance | 3,498 | 617 | 4,115 | 342 | 60 | 402 |
| Telephone | 3,480 | 614 | 4,094 | 3,718 | 656 | 4,374 |
| Rent | 2,695 | 475 | 3,170 | 986 | 174 | 1,160 |
| Equipment leases | 2,598 | 458 | 3,056 | 2,497 | 441 | 2,938 |
| Utilities | 1,781 | 314 | 2,095 | 1,737 | 306 | 2,043 |
| Repairs and maintenance | 1,565 | 276 | 1,841 | 1,369 | 241 | 1,610 |
| Interest expense | 1,159 | 204 | 1,363 | - | - | - |
| Postage | 1,138 | 201 | 1,339 | 378 | 67 | 445 |
| Depreciation | 929 | 164 | 1,093 | 306 | 54 | 360 |
| Rehabilitation of property | 581 | - | 581 | 3,894 | - | 3,894 |
| Dues and subscriptions | - | - | - | - | 250 | 250 |
| Penalties | - | 350 | 350 | - | 4,793 | 4,793 |
| | $ 136,904 | 21,591 | 158,495 | 117,597 | 19,995 | 137,592 |

See accompanying notes to financial statements.

4

# FAIR HAVEN DEVELOPMENT CORPORATION

Notes to Financial Statements

June 30, 2002 and 2001

(1) **Summary of Significant Accounting Policies**

*Nature of Activities*

Fair Haven Development Corporation ("Organization") is a not-for-profit, non-stock corporation organized on July 28, 1994 to provide home ownership and rental opportunities to low and moderate income households in the Greater New Haven, Connecticut area. These services are funded primarily by program fees, government grants and donations.

*Basis of Presentation*

Financial statement presentation follows the recommendations of the Financial Accounting Standards Board in its *Statements of Financial Accounting Standards (SFAS) No. 117, "Financial Statements of Not-for-Profit Organizations."* In accordance with SFAS No. 117, the Organization is required to report information regarding its financial position and activities according to three classes of net assets: unrestricted net assets, temporarily restricted net assets, and permanently restricted net assets.

*Net Asset Categories*

To ensure the observance of limitations and restrictions on the use of resources available to the Organization, the accounts of the Organization are maintained in the following net asset categories:

**Unrestricted Net Assets**: Net assets that are not subject to donor-imposed stipulations or temporarily restricted net assets for which donor-imposed stipulations have been met within the same period as the contributions were received.

**Temporarily restricted net assets**: Net assets subject to donor-imposed stipulations that may or will be met, either by actions of the organization and/or the passage of time. When a restriction expires, temporarily restricted assets are reclassified to unrestricted net assets and reported in the statement of activities as net assets released from restrictions.

**Permanently restricted net assets**: Net assets subject to donor-imposed stipulations that they be maintained permanently by the Organization. Generally, the donors of these assets permit organizations to use all or part of the income earned on any related investment for general or specific purpose.

(Continued)

FAIR HAVEN DEVELOPMENT CORPORATION

Notes to Financial Statements

(1) **Summary of Significant Accounting Policies (continued)**

*Use of Estimates*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates.

*Contributions*

Unrestricted and unconditional contributions are recognized as support when received or pledged, if applicable. Contributions are reported as temporarily restricted support if they are received with donor stipulations that limit the use of such assets. When a restriction expires, temporarily restricted net assets are reclassified to unrestricted net assets and reported in the statement of changes in net assets as net assets released from restrictions. Contributions received with donor imposed conditions are presented as deferred support until such conditions are substantially met, at which time they are recognized as support.

The Organization's policy is to recognize the expiration of donor restrictions for contributions of property and equipment or the use of contributions restricted for property and equipment in the year the property and equipment is placed in service.

*Grants and Contracts*

Grants and contracts are generally considered to be exchange transactions in which the grantor or contractor requires the performance of specified activities.

Entitlement to cost reimbursement grants and contracts is conditioned on the expenditure of funds in accordance with grant restrictions and, therefore, revenue is recognized to the extent of grant expenditures. Entitlement to performance-based grants and contracts is conditioned on the attainment of specific performance goals, and, therefore, is recognized to the extent of performance achieved. Grant and contract receipts in excess of revenues recognized are presented as deferred grant revenue.

*Property and Equipment*

Property and equipment are recorded at cost. Depreciation is computed by the straight-line method over the estimated useful lives of the respective assets. Donated property is stated at fair market value as determined by management at the date of the contribution.

Maintenance and repair costs are charged to operations as incurred and major renewals and betterments are capitalized to the extent they exceed $500. The costs relating to assets sold or retired are removed from the account balance at the time of the disposition and the related gains and losses are included in the changes in net assets.

(Continued)

6

# FAIR HAVEN DEVELOPMENT CORPORATION

## Notes to Financial Statements

(1) <u>Summary of Significant Accounting Policies (continued)</u>

*Income Taxes*

The Corporation is exempt from federal income taxes under Section 501(c)(3) of the Internal Revenue Code and from Connecticut corporation taxes. Therefore, no provision has been made for federal and state income taxes.

*Donated Services*

The Organization recognizes donated services if they create or enhance non-financial assets or require specialized skills and would typically be purchased if not provided by donation. General volunteer services do not meet this criteria for recognition in the financial statements, although a large number of individuals volunteer their time and perform a variety of tasks to assist the Organization with programs and administrations.

*Functional Allocation of Expenses*

The costs of providing the various programs and other activities have been summarized on a functional basis in the statement of activities. Accordingly, certain costs have been allocated among the programs and supporting services benefited.

(2) <u>Housing Inventory</u>

Housing inventory of $164,479 consists of several homes in New Haven that were purchased for conversion into multi-family homes for resale to low-to-moderate income families.

During November 2002, the Organization will complete the sale of the 142 and 182 Lloyd Street properties.

(3) <u>Concentrations</u>

Grants and contract receivables are evidenced by signed contracts with a variety of federal, state and local governments, and based on historical experience, management believes these receivables represent negligible credit risk. Accordingly, management has not established an allowance for potential credit losses.

Grants and contracts with various public agencies require the fulfillment of certain conditions as set forth in the grant instrument. Failure to fulfill such conditions, which include expending funds in accordance with the approved budget, could result in the return of funds.

(Continued)

# FAIR HAVEN DEVELOPMENT CORPORATION

## Notes to Financial Statements

(4) **Due to Funding Source**

Due to funding source represents monies received from State of Connecticut Department of Economic and Community Development for the grant period ended June 30, 1998 that were not spent.

(5) **Operating Lease**

The Organization leased its facilities on a month-to-month basis through April 2002, at which time it acquired the property (see note 6).

Rent expense amounted to $3,170 and $1,160 for the years ended June 30, 2002 and 2001, respectively.

(6) **Notes Payable**

The Organization has 7.5% demand loans totaling $61,693 and $27,769 in 2002 and 2001, respectively, from the Greater New Haven Community Loan Fund in connection with the rehabilitation of the 152 Lloyd Street property.

The Organization has a prime (4.75% at June 30, 2002) plus 1% line of credit in the amount of $20,000 with a local bank. The line of credit is unsecured and must be repaid for a consecutive thirty-day period per year. There was a balance of $20,000 outstanding as of June 30, 2002.

The Organization has a prime (4.75% at June 30, 2002) plus 2% line of credit with a local bank in the amount of $50,000. This line of credit is secured by substantially all of the Organization's assets. There was a balance of $22,774 outstanding as of June 30, 2002.

The Organization also has a non-interest bearing note payable in the amount of $60,424 payable to the City of New Haven under the HOME Investment Partnership Program. The loan is secured by real property, and the balance of the note shall be forgiven provided that rehabilitation is completed within one year and upon the sale of the property to an eligible purchaser.

(7) **Long-term Debt**

During April 2002, the Organization acquired the property at 153 Lloyd Street in New Haven, and it currently conducts its operations at this location. In connection with this purchase, the Organization obtained a 7.75% mortgage loan in the amount of $60,000 which is due in April 2032. Future approximate maturities are as follows: 2003, $2,000; 2004, $2,500; 2005 $3,000; 2006, $3,500; and 2007, $4,000.

# FAIR HAVEN DEVELOPMENT CORPORATION

## Schedule of Expenditures of Federal Awards

### Year ended June 30, 2002

| Federal Grantor<br>Pass-through Grantor<br>Program Title | Federal CFDA Number | Pass-Through Number | Expenditures |
|---|---|---|---|
| **Department of Housing and Urban Development:** | | | |
| Passed through the City of New Haven: | | | |
| Community Development Block Grant | 14.218 | CD26 | $ 90,000 |
| HOME Loans | 14.239 | N/A | 60,424 |
| NPR Coalition | 14.218 | N/A | 9,640 |
| Total expenditures | | | $ 160,064 |

**BASIS OF PRESENTATION**

This Schedule of Expenditures of Federal Awards includes the federal grant activity of Fair Haven Development Corporation and is presented on the accrual basis of accounting. The information in this schedule is presented in accordance with the requirements of OMB Circular A-133, *Audits of States, Local Governments, and Non-Profit Organizations*. Therefore, some amounts presented in this schedule may differ from amounts presented in, or used in the preparation of, the basic financial statements.

**Solakian, Caiafa & Company, LLC**

Certified Public Accountants

388 East Main Street
Branford, Connecticut 06405-2914 USA

TEL (203) 483-8115
FAX (203) 483-0367

http://www.solakiancaiafa.com
e-mail: advisor@solakiancaiafa.com

## INDEPENDENT AUDITORS' REPORT ON COMPLIANCE AND ON INTERNAL CONTROL OVER FINANCIAL REPORTING BASED ON AN AUDIT OF FINANCIAL STATEMENTS PERFORMED IN ACCORDANCE WITH *GOVERNMENT AUDITING STANDARDS*

To the Board of Directors
Fair Haven Development Corporation:

We have audited the financial statements of Fair Haven Development Corporation as of and for the years ended June 30, 2002 and 2001 and have issued our report thereon dated October 16, 2002. We conducted our audit in accordance auditing standards generally accepted in the United States of America and the standards applicable to financial audits contained in *Government Auditing Standards,* issued by the Comptroller General of the United States.

### Compliance

As part of obtaining reasonable assurance about whether Fair Haven Development Corporation's financial statements are free of material misstatement, we performed tests of its compliance with certain provisions of laws, regulations, contracts, and grants, noncompliance with which could have a direct and material effect on the determination of financial statement amounts. However, providing an opinion on compliance with those provisions was not an objective of our audit and, accordingly, we do not express such an opinion. The results of our tests disclosed no instances of noncompliance that are required to be reported under *Government Auditing Standards*.

### Internal Control Over Financial Reporting

In planning and performing our audit, we considered Fair Haven Development Corporation's internal control over financial reporting in order to determine our auditing procedures for the purpose of expressing our opinion on the financial statements and not to provide assurance on the internal control over financial reporting. Our consideration of the internal control over financial reporting would not necessarily disclose all matters in the internal control over financial reporting that might be material weaknesses. A material weakness is a condition in which the design or operation of one or more of the internal control components does not reduce to a relatively low level the risk that misstatements in amounts that would be material in relation to the financial statements being audited may occur and not be detected within a timely period by employees in the normal course of performing their assigned functions. We noted no matters involving the internal control over financial reporting and its operation that we consider to be material weaknesses.

This report is intended for the information of the audit committee, management and federal awarding agencies and pass-through entities. However, this report is a matter of public record and its distribution is not limited.

*Solakian, Caiafa + Company, LLC*

October 16, 2002

10

**Solakian, Caiafa & Company, LLC**

Certified Public Accountants

388 East Main Street
Branford, Connecticut 06405-2914 USA

TEL (203) 483-8115
FAX (203) 483-0367

http://www.solakiancaiafa.com
e-mail: advisor@solakiancaiafa.com

# INDEPENDENT AUDITORS' REPORT ON COMPLIANCE WITH REQUIREMENTS APPLICABLE TO EACH MAJOR PROGRAM AND INTERNAL CONTROL OVER COMPLIANCE IN ACCORDANCE WITH OMB CIRCULAR A-133

To the Board of Directors
Fair Haven Development Corporation:

## Compliance

We have audited the compliance of Fair Haven Development Corporation with the types of compliance requirements described in the U.S. Office of Management and Budget (OMB) Circular A-133 *Compliance Supplement* that are applicable to each of its major federal programs for the years ended June 30, 2002 and 2001. Fair Haven Development Corporation's federal programs are identified in the summary of auditor's results section of the accompanying Schedule of Expenditures and Federal Awards. Compliance with the requirements of laws, regulations, contracts and grants applicable to each of its federal programs is the responsibility of Fair Haven Development Corporation's management. Our responsibility is to express an opinion on Fair Haven Development Corporation's compliance based on our audit.

We conducted our audit of compliance in accordance with auditing standards generally accepted in the United States of America; the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States; and OMB Circular A-133, *Audits of States, Local Governments, and Non-Profit Organizations*. Those standards and OMB Circular A-133 require that we plan and perform the audit to obtain reasonable assurance about whether noncompliance with the types of compliance requirements referred to above that could have a direct and material effect on a major federal program occurred. An audit includes examining, on a test basis, evidence about Fair Haven Development Corporation's compliance with those requirements and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion. Our audit does not provide a legal determination on Fair Haven Development Corporation's compliance with those requirements.

In our opinion, Fair Haven Development Corporation complied, in all material respects, with the requirements referred to above that are applicable to each of its federal programs for the years ended June 30, 2002 and 2001.

(Continued)

11

### Internal Control Over Compliance

The management of Fair Haven Development Corporation is responsible for establishing and maintaining effective internal control over compliance with requirements of laws, regulations, contracts and grants applicable to federal programs. In planning and performing our audit, we considered Fair Haven Development Corporation's internal control over compliance with requirements that could have a direct and material effect on a major federal program in order to determine our auditing procedures for the purpose of expressing our opinion on compliance and to test and report on internal control over compliance in accordance with OMB Circular A-133.

Our consideration of the internal control over compliance would not necessarily disclose all matters in the internal control that might be material weaknesses. A material weakness is a condition in which the design or operation of one or more of the internal control components does not reduce to a relatively low level the risk that noncompliance with applicable requirements of laws, regulations, contracts and grants that would be material in relation to a major federal program being audited may occur and not be detected within a timely period by employees in the normal course of performing their assigned functions. We noted no matters involving the internal control over compliance and its operations that we consider to be material weaknesses.

This report is intended solely for the information and use of the audit committee, management, others within the organization and federal awarding agencies and pass-through entities and is not intended to be and should not be used by anyone other than these specified parties.

*Sullivan, Cuiffo & Company, LLC*

October 16, 2002

# FAIR HAVEN DEVELOPMENT CORPORATION

Schedule of Findings and Questioned Costs – Federal Awards

Years ended June 30, 2002 and 2001

## Summary of Audit Results

1. The auditor's report expresses an unqualified opinion on the financial statements of Fair Haven Development Corporation.

2. No instances of noncompliance material to the financial statements of Fair Haven Development Corporation were disclosed during the audit.

3. The auditor's report on compliance for the major federal award programs for Fair Haven Development Corporation expresses an unqualified opinion on all federal programs.

4. Audit findings relative to the major federal award programs for Fair Haven Development Corporation are reported in this Schedule.

5. There were no major programs.

6. The threshold for distinguishing Types A and B programs was $300,000.

7. Fair Haven Development Corporation was determined to be a low-risk auditee.

## Findings – Financial Statements Audit

No findings or questioned costs are reported relating to financial statements audit.

## Findings and Questioned Costs – Major Federal Award Programs Audit

No findings or questioned costs are reported relating to Federal award programs.

13