# EXHIBIT 8

**FAIR HAVEN DEVELOPMENT CORPORATION** 



# CURRENT ACTIVITIES
# AS OF
# February 13, 2003

153 LLOYD STREET, NEW HAVEN, CT 06513
PHONE (203) 777-5810 • FAX (203) 777-5987



# FAIR HAVEN DEVELOPMENT CORPORATION

**Fair Haven Development Corporation (FHDC)** is a 501(c)(3) not-for-profit corporation dedicated to improving housing conditions in the Fair Haven neighborhood and providing affordable housing for low- to moderate-income persons. FHDC was founded in 1994 and has been involved in homeownership and community development activities since that time. FHDC's current annual operating budget is approximately $150,000, and is derived largely from the City of New Haven's Community Development Block Grant (CDBG) funds.

The goals of the organization include:

- increasing stability and pride in the neighborhood
- creating additional homeownership opportunities
- rehabilitating vacant and blighted properties
- revitalizing the neighborhood shopping district

The organization's constituents are the residents, workforce, and business owners of the Fair Haven neighborhood. This diverse population consists of approximately 25,000 people, a high percentage of whom are low- to moderate-income, Spanish-speaking citizens. Constituents include men and women ranging in age from children to elderly retirees, as well as some disabled persons.

Some of FHDC's key achievements include homeownership education programs (past and present), the renovation and sale of properties in the Lloyd Street corridor, support of and involvement with various community and economic development initiatives, and an ongoing partnership with the City of New Haven to help facilitate housing code enforcement, police emergency response, the delivery of city services, and the demolition of unsalvageable properties in the neighborhood.

FHDC employs a part-time CEO/Director of Operations, a full-time Executive Director, and a full-time administrative assistant. FHDC also utilizes the services of several consultants who provide legal, financial, and management assistance, as well as the support of committed volunteers who contribute under two categories of activity: professional oversight/advocacy and programmatic support. The volunteers who provide professional oversight and advocacy include local residents and business owners, as well as three ex-officio board members who are the city alderpersons for the Fair Haven neighborhood. The volunteers who provide programmatic support include local residents and board members; they assist in coordinating neighborhood outreach efforts.

FHDC recognizes that it must plan, initiate, and implement housing and community development programs based upon a comprehensive model that understands the social, physical, and economic dynamics of this unique community. To that end, FHDC has established strong connections with commercial enterprises in the neighborhood, as well as with Fiestas de Loiza En Connecticut en Honor de Apostol Santiago (FLECHAS), a 25-year-old cultural organization. FHDC is also working to strengthen its infrastructure, become more involved in local community activities, and expand both its staff and the membership of its Board of Directors, so as to serve the neighborhood more effectively.

**FAIR HAVEN DEVELOPMENT CORPORATION** 

### RECENT FHDC ACTIVITIES AS OF 2/5/03:

1. **Homeownership Education:**

   - **Homeownership Training:** there are currently approximately 115 families that have completed FHDC homeownership training. Five (5) completed our most recent set of homeownership workshops, and an additional workshop is currently being planned.

   - **Homeownership Pre-Screening and Follow-up** continues with follow-up calls and weekly consulting with individual families who are ready to proceed with the class and/or home purchase.

   - Working relationship with mortgage/real estate professionals for referrals is ongoing.

   - On a regular basis, FHDC obtains an up-to-date list of available homes for sale in Fair Haven and distributes it to all clients and potential homeowners, as well as referring them to a professional realtor.

2. **Housing Acquisition and Rehabilitation:**

   The following vacant buildings have been targeted under FHDC's Housing Acquisition and Rehabilitation program. Wherever possible, a match will be made between the targeted homes and the potential homeowner.

   - Rehabilitation of 152 Lloyd Street is complete, and the property has been sold to and is now occupied by an FHDC-trained homeowner and family.

   - Acquisition, design, rehab/construction, sales, and closings are now complete for 142 and 182 Lloyd Street; the properties have been sold to homebuyers who were previously identified from our homeownership education program and who are now owner-occupants of the properties.

   - Acquisition of 260 Grand Avenue is complete – see # 4 below for development plans for that property.

   - Acquisition of 153 Lloyd Street is complete – FHDC's offices will remain in this location until work on the Grand Avenue building is finished and will then be moved to that location, at which time 153 Lloyd will be reconverted and offered for sale as a two-family homeownership property.

   *Note: the following development activities are being carried out using AHP and tax credit funding sources.*

   - **Phase I** of this development is composed of properties for which FHDC already has site control: **260 James Street, 221 Lloyd Street, and 225 Lloyd Street.** These properties are currently owned or under contract to be purchased by FHDC. Funding is already in hand, and construction is underway on two of these properties. Potential homebuyers for these properties have been identified and consulted with, in keeping with FHDC's policy of early homebuyer involvement; two of the houses have been pre-sold and are under contract for purchase, with the third soon to follow; mortgage prequalification and follow-up with all buyers is currently underway.

   - **Phase II** of this development is composed of properties that are currently owned by the City of New Haven, for which FHDC has made formal application to purchase and is under a contractual agreement

**153 LLOYD STREET, NEW HAVEN, CT 06513**
**PHONE (203) 777-5810 • FAX (203) 777-5987**

# FAIR HAVEN DEVELOPMENT CORPORATION 

with the city to purchase. This includes properties at **125 Clay Street, 350 Poplar Street,** and **194 James Street.** Formal acquisition will occur within four to six months; commitments are already in place for project funds and construction financing, and construction is scheduled to begin on these properties within 120-180 days.

- *Historical Restoration/Preservation:* FHDC intends to act as developer for the restoration of **233 Blatchley Avenue,** which is the former Blatchely family home. FHDC has submitted an application to the City of New Haven for the purchase of this historically-significant property.

- FHDC is also working to acquire various additional blighted properties via realtors, foreclosure auctions, private transactions, and other means.

3. **Other Potential New Construction Projects**

    - New Construction: several empty lots have been targeted for potential new construction of two-family detached, Victorian-style homes with garages. FHDC owns or has applied for acquisition of the lots. Funding would be through the tax credit and/or AHP program and private financing.

4. **258-260 Grand Avenue development activities**

    - Since January 2, 2002, the commercial building at **258-260 Grand Avenue** has been owned by FHDC. This building will be the new headquarters for FLECHAS INC. and FHDC, as well as three units of rental housing. Design development drawings and renderings have been prepared by Svigals & Partners and other architects, and FHDC has been awarded a $15,000 grant toward Environmental Assessments from the Regional Growth Partnership, a $31,500 façade grant through the City of New Haven Department of Economic Development, and approval for $70,000 via FLECHAS for this project. FHDC has also applied for a City of New Haven HOME grant and predevelopment loan, requesting $150,000 in addition to the $70,000 in CDBG funds for renovation of the community space. Financing for the total restoration will be approximately $550,000-$600,000+ to include a community performance arts space. The remainder of the funding will be raised through a capital campaign and private mortgage financing, as well as a possible grant through the State Bonding Authority. Our plans include the formation of a Capital Campaign Committee composed of dignitaries and corporate representatives to begin work in Spring 2003. FHDC intends to begin clean-up and initial construction work on this property as soon as possible.

5. **ELERT Program**

    - FHDC has completed a grant under this program, which involved the employment of neighborhood youths in a clean-up and block watch program and in door-to-door organizing in the community over this past summer. The program was very successful.

**153 LLOYD STREET, NEW HAVEN, CT 06513**
PHONE (203) 777-5810 • FAX (203) 777-5987

**FAIR HAVEN DEVELOPMENT CORPORATION** 

---

### FEDERAL HOME LOAN BANK AHP INITIATIVE (SPONSORED BY CITIZENS BANK)

**Projects Currently in Construction/Rehabilitation:** 260 James Street and 221 Lloyd Street are now complete; closings are pending with homebuyers from FHDC's homeownership program who have been selected and pre-qualified. This project is Phase One of a six-building homeownership initiative involving the rehabilitation of blighted, two-family homes. The initiative is being funded via FHLB's Affordable Housing Program (AHP), Citizens Bank, the Connecticut Housing Investment Fund (CHIF), and the Connecticut State Housing Tax Credit program. Four of the six homes in this initiative are already under contract for sale to low-income (50% AMI), first-time homebuyers.

**Projects About to Start Construction/Rehabilitation:** Construction is currently underway on the next three properties in the above initiative – 225 Lloyd Street, 198 James Street, and 577 Winthrop Avenue – and construction is scheduled to begin on the sixth property – 154 Lloyd Street – within a matter of weeks. Two of these properties are also currently under contract for purchase by qualified homebuyers.

### UPCOMING REHAB/NEW CONSTRUCTION INITIATIVE

This initiative involves the redevelopment of six blighted properties in the Fair Haven neighborhood, and will contain a total of 12 units of affordable housing (six homeownership units, each with an attached rental unit). These three new and three rehabilitated homes will be sold to qualified, low/moderate-income families.

153 LLOYD STREET, NEW HAVEN, CT 06513
PHONE (203) 777-5810 • FAX (203) 777-5987