# EXHIBIT 10

# FAIR HAVEN DEVELOPMENT CORPORATION

153 LLOYD STREET
NEW HAVEN, CT 06513
203-777-5810 (FAX 203-777-5987)

## INVOICE

TO:     FLECHAS, Inc.
CC:     Harvey Edelstein; FHDC Board of Directors
FROM:   James Welter II, FHDC Executive Director
DATE:   10/10/02
RE:     Invoice to FLECHAS for Phone Calls/Charges, January 2000 – September 2002


This invoice is to inform you that, according to FHDC's calculations, FLECHAS owes the following amounts:

- Phone Bill for January 2000:      $12.10
- *                                  *
- Phone Bill for April 2000:        $ 9.44 ( = $32.99 less $23.55 paid on 5/8/01)
- Phone Bill for May 2000:          $ 1.00 ( = $15.42 less $14.42 paid on 5/8/01)
- *                                  *
- Phone Bill for July 2000:         $ 1.40 ( = $31.02 less $29.62 paid on 5/8/01)
- Phone Bill for August 2000:       $35.31
- Phone Bill for September 2000:    $ 4.09
- Phone Bill for October 2000:      $ 6.40
- Phone Bill for November 2000:     $11.01
- Phone Bill for December 2000:     $ 2.64
- Phone Bill for January 2001:      $ 1.12
- Phone Bill for February 2001:     $  .64
- Phone Bill for March 2001:        $ 4.53
- Phone Bill for April 2001:        $ 4.72
- Phone Bill for May 2001:          $ 5.12
- Phone Bill for June 2001:         $ 7.35
- Phone Bill for July 2001:         $25.42
- Phone Bill for August 2001:       $14.27
- Phone Bill for September 2001:    $  .66
- Phone Bill for October 2001:      $ 7.69
- Phone Bill for November 2001:     $ 2.52
- Phone Bill for December 2001:     $ 1.34
- Phone Bill for January 2002:      $ 2.96
- Phone Bill for February 2002:     $17.08
- Phone Bill for March 2002:        $16.32
- Phone Bill for April 2002:        $ 6.24
- Phone Bill for May 2002:          $13.82
- Phone Bill for June 2002:         $18.61
- Phone Bill for July 2002:         $40.25
- Phone Bill for August 2002:       $16.09
- Phone Bill for September 2002:    $12.99

   Total:                           $303.13

Please provide a check in this amount to FHDC as soon as possible. If you have any questions or require any additional information about the situation, please let me know.

* Bills for Feb. 2000, March 2000, and June 2000 are still being researched and will be invoiced separately.

# FAIR HAVEN DEVELOPMENT CORPORATION

153 LLOYD STREET
NEW HAVEN, CT 06513
203-777-5810 (FAX 203-777-5987)

# INVOICE

COPY

| | |
|---|---|
| TO: | FLECHAS |
| CC: | FHDC Board of Directors; Maritza Rios |
| FROM: | James Welter II, FHDC Executive Director |
| DATE: | 5/8/01 |
| RE: | Invoice to FLECHAS for Phone, Copies, and Mailing |

This invoice is to inform you that, according to FHDC's calculations, FLECHAS owes the following amounts:

- Phone Bill for April 2000:      $23.55
- Phone Bill for May 2000:       $14.42
- Phone Bill for July 2000:        $29.62
- Phone Bill for March 2000:     $6.91

- Subtotal:                                $74.50


- Mailing from FLECHAS (to present):

- Subtotal:                                $82.29


- Copies for FLECHAS (to present):
- [230 copies @ $0.009 per copy]

- Subtotal:                                $2.07


- Total:                                      $158.86


- Please provide a check in this amount to FHDC as soon as possible.

If you need documentation or feel this total may be incorrect, please contact Maritza Rios and/or me.

If you have any questions or require additional information about the situation, please let me know.