**EXHIBIT 11**

<u>JOINT COMMUNITY DEVELOPMENT/HUMAN SERVICES. FAVORABLE. FROM THE MAYOR, SUBMITTING PROPOSED RECOMMENDATIONS FOR THE CONSOLIDATED HOUSING AND COMMUNITY DEVELOPMENT ACTION PLAN FOR FISCAL YEAR 2002-2003.</u>
(PRESENTED UNDER SUSPENSION OF SECTION 24-1-A OF THE RULES OF THE BOARD OF ALDERMEN)

Order of the Board of Aldermen of the City of New Haven approving the City of New Haven's Annual 2002-2003 Consolidated Action Plan Statement of Activities and Use of Community Development Block Grant (CDBG), Home Investment Partnership (Home), Housing Opportunities For Persons With Aids (Hopwa), And Emergency Shelter Grant (Esg)Funds To Be Submitted To The Department Of Housing And Urban Development For Federal Financial Assistance For Planning And Community Development Activities Under The Provisions Of Title I Of The Housing And Community Development Act Of 1974 As Amended, (Pl 93-383); The Cranston Gonzalez National Affordable Housing Act Of 1990 (Pl 101-625); The Mckinney - Vento Homeless Assistance Act Of 2000 (Pl 106-400); The Aids Housing Opportunity Act (Pl 102-550); Hereafter Referred To As "Housing And Community Development Programs" And For Activities To Be Funded By Program Income And/Or Reprogramming Funds From Prior Grant Years

WHEREAS, under the provisions of Title I of the Housing and Community Development Act of 1974 (Public Law 93-383), as amended, (P.L. 93-383); the Cranston Gonzalez National Affordable Housing Act of 1990 (P.L. 101-625); The McKinney-Vento Homeless Assistance Act of 2000 (P.L. 106-400); The Aids Housing Opportunity Act (AHOA) and amended by the Housing and Community Development Act of 1992 (PL 102-550, approved October 28, 1992); hereafter referred to as "Housing and Community Development Programs" the Department of Housing and Urban Development is authorized to provide financial assistance to cities for undertaking and carrying out community development activities on an annual basis; and

WHEREAS, under the provisions of an Act concerning Community Development, Public Act No. 75-443, Connecticut Municipalities are authorized to undertake community development programs in accordance with the provisions of Title I of the Housing and Community Development Act of 1974, as amended, and Public Act No. 75-443; and

WHEREAS, in accordance with the federal regulations requiring Consolidated Submission for Community Planning and Development Programs (24CFR 91), the Mayor has caused to be prepared and has submitted to this Board an Annual 2002-2003 Consolidated Action Plan, Statement of Activities and Use of Funds for submission to the Department of Housing and Urban Development for the purpose of obtaining financial assistance to undertake and carry out community development activities; and

WHEREAS, said Statement of Activities and Use of Funds contains activities to be funded by funds reprogrammed and/or program income from prior years' Community Development Block Grant activities; and

WHEREAS, prior to submission of such proposed Annual 2002-2003 Consolidated Action Plan, Statement of Activities and Use of Funds the Mayor and other public officials have heard citizen views on housing and community development needs; and

WHEREAS, there also has been presented to the Board a Citizen Participation Plan and information and data regarding the activities the City will undertake and carry out during the coming year with the financial assistance received from the Department of Housing and Urban Development under its Housing and Community Development Programs; and

WHEREAS, the Annual 2002-2003 Consolidated Action Plan, Statement of Activities and Use of Funds has been on file at the office of the City/Town Clerk, 200 Orange Street, for at least thirty-five days for the purpose of public inspection and copies of the Consolidated Plan Statement of Activities and Use of Funds have been made available to the public; and

WHEREAS, in January, February March and April 2002, this Board acting through the Joint Committee on Community Development and Human Resources held public hearings pursuant to notice published in accordance with Public Act No. 75-443 at which times the views of the public with respect to the strategies, objectives and community development activities proposed in the Consolidated Plan, Statement of Activities and Use of Funds were communicated to this Board; and

WHEREAS, this Board has received written comments on the Annual 2002-2003 Consolidated Action Plan Statement of Activities and Use of Funds from the New Haven City Plan Commission, the New Haven Housing Authority, the LCI Loan Advisory Committee, the New Haven Development Commission or, has allowed such agencies thirty (30) days to review such plans; and

WHEREAS, this Board has also received or has provided the opportunity for written communications from various City officials and members of the general public regarding the Annual Action Plan Statement of Activities and Use of Funds; and

WHEREAS, it is necessary that this Board take appropriate official action respecting the City's Annual 2002-2003 Consolidated Action Plan, Statement of Activities and Use of Funds which forms part of the application to the Department of Housing and Urban Development for financial assistance under its Housing and Community Development Programs; and

WHEREAS, this Board is cognizant of the conditions imposed upon the Mayor and the City with respect to undertaking and carrying out community development activities under the provisions of the Housing and Community Development Programs, and Public Act No. 75-443.

NOW, THEREFORE, BE IT RESOLVED by the Board of Aldermen of the City of New Haven as follows:

1. It is hereby found and determined that:

The Annual 2002-2003 Consolidated Action Plan, Statement of Activities and Use of Funds has been developed so as to give maximum feasible priority to activities which will benefit low or moderate income families and persons or aid in the prevention or elimination of slum or blight or that the activities contemplated in the plan in whole or in part are designed to meet other community development needs having a particular urgency which cannot otherwise be met.

> (b) There has been (i) adequate information provided citizens concerning the amount of funds available for activities proposed under the Annual 2002-2003 Consolidated Action Plan, the range of activities which may be undertaken and other important program requirements, (ii) adequate opportunity for citizens to participate in the development of the plan, and (iii)adequate public hearings by this Board to obtain the views of citizens on the community development and

housing needs.

(c) The Annual 2002-2003 Consolidated Action Plan Program will be conducted and administered in compliance with the Civil Rights Act of 1964 and 1968, P.L. 88-52 and P.L. 90-284, as from time to time amended, the Fair Housing Amendments Act of 1988, P.L. 100-430, section 109 of the Housing and Community Development Act of 1974, as amended, and Sections 31-26, 33-34, 53-35, 53-35a of the General Statutes.

(d) The Mayor has consented to make the certifications required under subsection (b) of Section 104 of said Housing and Community Development Act of 1974, as amended, Section 106 of the Cranston-Gonzalez National Affordable Housing Act; Subtitle D of the Cranston-Gonzalez National Affordable Housing Act; Section 415 of the McKinney-Vento Homeless Assistance Act of 2000; and Section 854 of the AIDS Housing Opportunity Act.

(e) In implementing the 2002-2003 Consolidated Plan Program the City shall comply with the provisions of Titles II and III of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, P.L. 91-646, as from time to time amended.

(f) All laborers and mechanics employed by the contractor or subcontractor on construction of rehabilitation work, except as provided under Section 110 of said Housing and Community Development Act of 1974, as amended, and Part III of Chapter 557 and Part I of Chapter 558 of the general statutes, shall be paid wages at rates not less than those prevailing on similar construction within the locality, as determined by the United States Secretary of Labor under the provisions of the Davis-Bacon Act, as from time to time amended; 40 U.S.C., Sections 276a to 276a-5, inclusive, or by the labor commissioner under Section 31-53 of the federal statutes, and all such persons shall receive overtime compensation in accordance with the provisions of the Contract Work Hours and Safety Standards Act, 40 U.S.C., Section 327 to 332, inclusive and Section 31-60 of the general statutes, or where no such federal financial assistance is to be provided, then compliance with Part III of

Chapter 557 and Part I of Chapter 558 of the general statutes, or where no such federal financial assistance is to be provided, then compliance with Part III of Chapter 557 and Part I of Chapter 558 of the general statutes shall be required.

(g) In implementing the 2002-2003 Consolidated Plan Program the City shall comply with Section 3 of the Housing and Urban Development Act of 1968 and the implementing regulations at 24 CFR Part 135. Section 3, as amended, requires that economic opportunities generated by certain HUD financial assistance for housing and community development programs shall, to the greatest extent feasible, be directed to low and very low income persons, particularly those who are recipients of businesses that provide economic opportunities to low and very low income persons.

In implementing the 2002-2003 Consolidated Plan Program the City shall comply with notification, inspection, testing and abatement procedures concerning lead-based paint as required by 24 CFR 570.608.

In implementing the 2002-2003 Consolidated Plan Program the City shall comply with provisions of Executive Order 12372, Intergovernmental Review of Federal Programs.

2. That the Annual 2002-2003 Consolidated Action Plan, Statement of Activities and Use of Funds as approved by this Board, complies with the requirements of Title I of the Housing and Community Development Act of 1974, as amended, (PL 93-383); the Cranston Gonzalez National Affordable Housing Act of 1990 (P.L. 101-625); the McKinney-Vento Homeless Assistance Act of 2000 hereafter referred to as "Housing and Community Development Programs" Public Act No. 75-443 and other applicable provisions of the law and regulations subject to the securing of further local approvals, such as urban renewal plan amendments, which may be required.

NOW, THEREFORE, IT IS ORDERED that the amended Consolidated Action Plan, Statement of Activities and Use of Funds and the Citizen Participation Plan having been incorporated in this Order by reference, is hereby approved and the Mayor is authorized and directed to take all steps necessary to undertake and carry out the community development activities described in said statement; and

IT IS FURTHER ORDERED that the Mayor is authorized and directed to take whatever steps as are necessary to secure the approval of the Annual 2002-2003 Consolidated Action Plan, Statement of Activities and Use of Funds and the City's application for financial assistance to the Secretary of Housing and Urban Development and make such other applications as are necessary to secure community development funds required by this City, including advances, discretionary and transition funds as authorized under the Housing and Community Development Programs.

IT IS FURTHER ORDERED that the Mayor is authorized to enter into contractual agreements and/or amendments irrespective of fiscal year expenditure restrictions and other ordinance restrictions in order to insure performance of approved community development activities; and

IT IS FURTHER ORDERED that the Mayor is authorized and directed to certify or give assurances, on behalf of the City, to the Secretary of Housing and Urban Development as to the matters determined and found by this Board; and

IT IS FURTHER ORDERED that in the event financial assistance is made available by the State of Connecticut under the provisions of Public Act No. 74-443 or related legislation to support the community development activities contemplated under the Annual 2002-2003 Consolidated Action Plan, Statement of Activities and Use of Funds approved by this Board, that the Mayor is authorized to take whatever steps as are necessary to secure such financial assistance.

| Consolidated Plan Activity | FY 02/03 Approved | Description |
| --- | --- | --- |
| **CDBG ACTIVITIES** | | |
| **ACQUISITION** | | |
| Acquisition | 70,967 | City Activity. To acquire property for the purpose of providing commercial, homeownership opportunities and park or recreational uses in an effort to stabilize neighborhoods. Individuals wishing to purchase property from the City will be eligible for City loan funds if the applicant meets the criteria of the regulations governing the source of funding. |
| **DEMOLITION** | | |
| Demolition | 165,164 | City Activity. Demolition and site clearance including the removal of environmental hazards for development, revitalization and emergency demolition of abandoned buildings. |
| **DISPOSITION** | | |
| Disposition | 130,000 | City Activity. Disposition of properties acquired for community development and urban renewal activities. Property is disposed of for rehabilitation of substandard housing and/or new housing construction. Sliver lots are also disposed of to adjacent homeowners for off street parking and/or green space in an effort to reduce blight in low income areas. |
| Property Management LCI | 150,000 | City Activity. Maintenance and upkeep of CD owned properties, removal of debris on abandoned vacant lots, rodent and pest control, boarding up and securing of vacant buildings which have been acquired by the City as part of the City's Consolidated Plan. |
| **ECONOMIC DEVELOPMENT** | | |
| 108 Economic Development Loan Program | 101,204 | City Activity. Provide capital to businesses from $2.7 million in Economic Development Loan Funds for CDBG eligible economic development activities which result in job creation and/or retention. Funding requests are not to exceed $250,000 requiring adequate collateral i.e. 1 for 1 match with private financing or equity of 20% or more. |

| Consolidated Plan Activity | FY 02/03 Approved | Description |
|---|---|---|
| Ella Scantlebury/Hannah Gray | 25,000 | Location: 241 Dixwell Ave. To provide capital improvements to the facility which provides 20 units of congregate housing for the frail elderly. The following permanent improvements are being requested: ventilation on 2nd, 3rd, and 4th floor, painting and carpeting in common areas. Additional requests do not appear to be permanent therefore ineligible for funding under public improvements. Request includes: air conditioning units, kitchen equipment, and furniture for formal parlor. No additional funding was identified for physical improvements. |
| Fair Haven Community Health | 50,000 | Location: 374 Grand Ave. To provide for pavement of parking lot, drainage of basin and fencing at 352 Grand Ave. The organization is currently in the process of acquiring the vacant lot. Once acquired, funds will be used to renovate either 350 Grand Ave. or 79 Woolsey for expansion of the wellness and education programs. To be requested: Donations from foundations and individual $35,000. Pending funding from Corporations $10,000. |
| Farnam Neighborhood | 20,000 | Location: 162 Fillmore. To continue the renovation of the neighborhood center to ensure building code, safety and ADA compliance. Specific renovations include renovation of existing bathrooms, adding handicap accessible room and equipment; and renovation of existing locker rooms, creating two locker rooms and accessible showers. Also to create a separate bathroom for the preschool program. Additional funding: $50,000 Farnam's Capital Improvement. |
| Fellowship Inc | 30,000 | Location: 288 Dwight. To provide stable, affordable and permanent housing for people with mental illness in a 14-room rooming house. Property has recently been acquired. Funding is being requested for the installation of kitchenettes in each room. One of the rooms on the first floor will be renovated to accommodate a physically handicaped person. Additional funding: CHFA $121,481, FHLB $78,475, and Melville Charitable Trust $122,072. |
| FLECHAS Inc. | 70,000 | Location: 258-260 Grand Ave. To provide for the renovation of 258-260 Grand Ave., including 2 to 3 units of housing on the second floor. The first floor will include lease space for businesses, office space and cultural center for programs. The project is being done as a joint effort with Fair Haven Development Corporation. Funding request is limited to the space provided for the cultural center. Additional sources of funding to be requested: Private Mortgage $100,000, Capital Campaign $100,000, HOME funding $75,000 (federal regulations will not allow funding for this portion of the building). |
| Hill Health Corporation | 35,000 | Location: 476 Columbus Ave. Hill Health Center currently owns the Columbus Auto Body structure. The vacant building is dilapidated and can't be renovated. The proposed use for this site is to accommodate patient accounts, the perinatal departments, storage space and room for community meetings. Funding is being requested for the demolition of the old garage and to erect a new building Additional funding: $450,000 is pending through DSS Bond Funds. |

| Consolidated Plan Activity | FY 02/03 Approved | Description |
|---|---|---|
| Fair Haven Development Corporation | 95,000 | Location: 153 Lloyd. To provide for the following: Housing Rehabilitation - Acquire, renovate and sell properties to owner-occupants. The timetable for completion will be between July and December 2003. Properties identified: 135, 139, 142, 153, 154, 166 182, 221 Lloyd St. 260, 271 James St. and 168, 172 Wolcott. Large Scale Homeowner/Rental Development - Acquisition/site control of vacant lots and/or deteriorated multi-family projects. Funding for this area can only pertain to rehab site specific projects. Community Action Campaign/Homeowner and Renter Support/Advocacy activity covers various eligible categories. The majority of the request relates to public services. Activities related to rehab could be blended into the housing rehab projects. Rehabilitation 258-260 Grand Ave requested funding for project along with FLECHAS. Request will only apply to the renovation of the housing units on the second floor (2 to 3 studio apartments). Develop linkage with the City's economic development office - this project is not applicable to the eligibility criteria of this category of funding (i.e. housing rehab). Additional sources of funding to be requested:Yale $6,500, Bryam/NH Self Storage $5,000, Fleet Boston $10,000,Charter One Bank $5,000, United Illuminating $5,000, Nat'l Puerto Rican Coalition $10,000, LIHTC $3,000,000, Greater NH Communtiy Found. $50,000, Greater NH Community Loan Fund $500,000, State Housing Tax Credit $320,000, State HOME $1,000,000, CHFA $800,000, Federal Home Loan Bank Boston $85,000 and Bank Financing $350,000 |
| Greater Dwight Development Corp. | 78,216 | Location: 48 Howe. To continue the Homeowner Assistance Program where owners provide materials and GDDC provides the labor to make code-related and basic repairs for low income homeowners. Approximately 20 properties will be upgraded and 40 properties Assessed for rehab costs. Project area: Dwight, Edgewood, and West River Neighborhoods. Funding will also be used to acquire, Rehabilitate and sell blighted properties to first time low income Homeowners. Properties acquired and under development include: 66 Kensington(2 units), 570 Elm (2 units), 572 Elm (3 units) 211 Elm (2 units). Properties being researched for acquisition: 203 Edgewood (2 units) and 569 Elm (2 units). Target areas: Sherman Ave to Dwight and from Frontage Rd. to Elm St. Other sources of funding to be requested: Greater NH Community Loan Fund $335,000, HUD-Dwight Fund $77,550, CT Historical Society $75,000, Grants from banks $20,000 and Yale donation of legal fees $13,000. Additional funding to be requested Greater New Haven Community Loan $400,000, CT Historical Society Tax Credits $100,000, Grants from Banks $25,000 and YALE LSO $20,000 |
| Greater N.H. Community Loan Fund | 30,000 | Location: 171 Orange. To supplement two existing loan pools: the Community Pool for smaller, short-term rehab loans from $2,500-$225,000 with interest rates from 5%-8% and the Affordable Housing Bank Pool for rehab loans ranging from $100,000 to $2.2 million at current interest rates ranging from 125 to 225 basis points over the FHLB rate at the time of the loan. The CDBG funding can only support rehab projects. Projects identified and underway : 104-106 Park St, 235 Dixwell, 441 Hunington, and 43 Shepard. A minimum of 46 housing units are expected through 2002/2003. |