**EXHIBIT 13**

```
 1    CV-03-048003S                      :    SUPERIOR COURT

 2    FAIR HAVEN DEVELOPMENT CORP.       :    J.D. OF NEW HAVEN

 3              VS.                      :    AT NEW HAVEN

 4    CITY OF NEW HAVEN                  :    OCTOBER 7, 2005

 5

 6

 7

 8

 9

10

11

12    B E F O R E:

13                    THE HONORABLE WILLIAM L. HADDEN, JR.,

14                                                   Judge

15

16    A P P E A R A N C E S:

17

18

19          SUSAN WALLACE, ESQUIRE
            ATTORNEY FOR THE PLAINTIFFS

20

21          RODGER W. LEHR, ESQUIRE
            ATTORNEY FOR THE DEFENDANTS

22

23                              VICTORINE KALISZEWSKI
                                CERTIFIED COURT REPORTER

24

25

26

27
```

```
 1              R A O U L E    A V I L A,
 2        137 Wolcott Street, New Haven, Connecticut,
 3        having been previously duly sworn, was examined
 4        and testified as follows:
 5              THE COURT:  You testified earlier?
 6              THE WITNESS:  Yes, sir.
 7   DIRECT EXAMINATION
 8   BY MS. WALLACE:
 9        Q    Mr. Avila, you're still under oath from
10   your prior testimony.
11             Mr. Avila, you heard Andrew Rizzo and
12   Harvey Edelstein testify in this case?
13        A    Yes.
14        Q    And you heard the two of them testifying
15   about a letter from Robin Krugman calling for an
16   investigation of FHDC?
17        A    Yes.
18        Q    Now, you heard Harvey Edelstein today
19   testify that that letter came shortly on the heels
20   of a quite contentious aldermanic meeting in New
21   Haven?
22        A    Yes.
23        Q    What date was that meeting?
24        A    Thursday, May 9th, 2002.
25        Q    And you previously testified in this court
26   that you were, in fact, an alderman of the City of
27   New Haven?
```

1   A   Yes, I was.
2   Q   And why don't you describe for the Court
3   your relationship with Fair Haven Development Corp.
4   at the time that you were an alderman?
5   A   In my district, I was an ex-official
6   member of the corporation and I would have had
7   meetings and being kept abreast of what they were
8   going to do.
9   Q   So, you were an ex-official member of FHDC
10  and you were also their alderman?
11  A   Yes.
12  Q   You heard -- did you hear Andrew Rizzo
13  testify that there were two other aldermen -- when I
14  say aldermen, alderpersons -- besides Robin Krugman
15  who purportedly called for an investigation of Fair
16  Haven Development Corp.?
17  A   Yes.
18  Q   Those other two, do you know their names?
19  A   Alderman Candeloria at that time and
20  Alderman Madison.
21  Q   Do you, in fact, have any knowledge that
22  those two ever actually did, in fact, call for an
23  investigation?
24  A   No.
25  Q   Did they ever say any such thing to you?
26  A   No.
27  Q   Did you ever see any writing that they

1   made calling for such an investigation?
2   A   No.
3   Q   And do those two, in fact, vote to provide
4   the funding to Fair Haven Development Corp. that was
5   supposed to go toward the subject property?
6   A   Yes.
7   Q   Okay. Now, Robin Krugman, was there
8   anything else that went on in that meeting that
9   night with Robin Krugman that was any way adverse to
10  you or to Fair Haven Development Corp.?
11  A   Yes.
12  Q   What was that?
13  A   She attacked me, tried to have me arrested
14  for not translating and tried to have me removed
15  from the proceedings.
16          MR. LEHR: I didn't hear the question.
17          MS. WALLACE: I asked him if there was
18      anything else with Robin Krugman that night
19      aside from what's been testified to previously
20      that she was adverse to him in any some way.
21  BY MS. WALLACE:
22  Q   When you say for not translating, please
23  briefly explain that to the Court?
24  A   There was a person testifying who was
25  Hispanic, she asked me to translate, I said no
26  because I am not qualified under the State of
27  Connecticut to do so, so I thought it was

1  inappropriate and I said no.
2     Q    And you're saying that she tried to have
3  you arrested because you refused?
4     A    Yes.
5     Q    She tried to have you arrested in order to
6  eject you from the vote?
7     A    Yes.
8     Q    Okay.
9          THE COURT:  Who tried to have you
10 arrested?
11         THE WITNESS:  Robin Krugman, Alderwoman
12 Krugman.
13         THE COURT:  What do you mean, she tried to
14 have you arrested?
15         THE WITNESS:  She called over the police
16 and had them try to remove me from the
17 proceedings, the police actually grabbed me.
18 Two days later, I filed a lawsuit against her.
19 BY MS. WALLACE:
20    Q    Did the police --
21         THE COURT:  Let me get this straight.  She
22 tried to have you arrested or she had you
23 removed from the proceedings, which is it?
24         THE WITNESS:  She tried to have me removed
25 from the proceedings.  She asked me to
26 translate and I said no.
27         THE COURT:  I understand you said -- she

```
 1   CV-03-048003S                    :   SUPERIOR COURT

 2   FAIR HAVEN DEVELOPMENT CORP.     :   J.D. OF NEW HAVEN

 3        VS.                         :   AT NEW HAVEN

 4   CITY OF NEW HAVEN                :   OCTOBER 7, 2005

 5

 6              C E R T I F I C A T I O N

 7

 8        I, VICTORINE KALISZEWSKI, do hereby

 9   certify that the foregoing is a true and accurate

10   transcript of the above-entitled matter, heard

11   before the Honorable William L. Hadden, Jr.,

12   Judge of the Superior Court and held at Superior

13   Court on the 7th day of October, 2005.

14        Dated at New Haven, Connecticut this 13th

15   day of March, 2006.

16

17                         _____
                                VICTORINE KALISZEWSKI
18                              Certified Court Reporter
```