**EXHIBIT 14**

1

```
 1    CV-03-048003S                      :   SUPERIOR COURT

 2    FAIR HAVEN DEVELOPMENT CORP.       :   J.D. OF NEW HAVEN

 3              VS.                      :   AT NEW HAVEN

 4    CITY OF NEW HAVEN                  :   OCTOBER 7, 2005

 5

 6

 7

 8

 9

10

11

12    B E F O R E:

13              THE HONORABLE WILLIAM L. HADDEN, JR.,

14                                                Judge

15

16    A P P E A R A N C E S:

17

18

19         SUSAN WALLACE, ESQUIRE
           ATTORNEY FOR THE PLAINTIFFS
20

21         RODGER W. LEHR, ESQUIRE
           ATTORNEY FOR THE DEFENDANTS
22

23                              VICTORINE KALISZEWSKI
                                CERTIFIED COURT REPORTER
24

25

26

27
```

1                J A M E S    W E L T E R, II

2        378 Norton Street, New Haven, Connecticut, having

3        been duly sworn, was examined and testified as

4        follows:

5  DIRECT EXAMINATION

6  BY MS. WALLACE:

7        Q    Good morning, Mr. Welter.

8        A    Good morning.

9        Q    Mr. Welter, who are you in relationship to

10 Fair Haven Development Corporation?

11       A    I am formerly executive director of Fair

12 Haven Development Corporation.

13       Q    What years were you executive director?

14       A    2000 till 2005, approximately, summer to

15 summer, actually.

16       Q    Okay. I'm going to show you what's been

17 marked Exhibit 27 for identification, what is this?

18       A    This is my resume.

19       Q    Is it an accurate and current resume?

20       A    Yes, it is.

21       Q    Why don't you recount for the Court your

22 experience in the world of construction and

23 development of blighted or low income properties?

24       A    I've actually worked in the field of

25 development construction, development and

26 construction for about 10 years now. I've held

27 various positions with various organizations. I've

1    A   Well, there were other sources in
2 addition, however, none of them would have been
3 sufficient to complete the entirety of the
4 rehabilitation.  By which I mean the cost of fully
5 restoring a building of that nature would have been,
6 and, in fact, was so great, that it would have been
7 necessary, and it was necessary, to apply for all
8 variety of funds, and that's, in fact, what makes
9 the City's funding so essential, because without it,
10 the remaining sources available would not have been
11 sufficient to complete the job.  So, in effect, we
12 needed all of the funds that we could have obtained
13 through the City as well as possibly outside sources
14 in order to complete this job.  I mean, we're
15 talking about a renovation of, you know, five
16 hundred, $600,000 or more, and in order to get that
17 kind of money, we would have needed to tap all kinds
18 of different sources, which we tried to do, but
19 absent the City's contribution, absent all the
20 programs that the City had available, there wouldn't
21 have been enough money.
22    Q   Okay.  And, also, is it true that the
23 City's expressed willingness to invest in the
24 property was able to draw money from other sources?
25            MR. LEHR:  Objection, leading.
26            THE COURT:  Objection sustained.
27

```
 1    CV-03-048003S                  :   SUPERIOR COURT

 2    FAIR HAVEN DEVELOPMENT CORP.   :   J.D. OF NEW HAVEN

 3          VS.                      :   AT NEW HAVEN

 4    CITY OF NEW HAVEN              :   OCTOBER 7, 2005

 5

 6                    C E R T I F I C A T I O N

 7

 8         I, VICTORINE KALISZEWSKI, do hereby

 9    certify that the foregoing is a true and accurate

10    transcript of the above-entitled matter, heard

11    before the Honorable William L. Hadden, Jr.,

12    Judge of the Superior Court and held at Superior

13    Court on the 7th day of October, 2005.

14         Dated at New Haven, Connecticut this 13th

15    day of March, 2006.

16

17                              _____
                                VICTORINE KALISZEWSKI
18                              Certified Court Reporter
```