# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FAIR HAVEN DEVELOPMENT** | : | **NO. 3:02CV02130 (AWT)** |
| **CORPORATION** | : | |
|     **Plaintiff** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **JOHN DESTEFANO, ET AL.** | : | |
|     **Defendants** | : | **APRIL 17, 2007** |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    Defendants, pursuant to Fed. R. Civ. P. 7(b), request an extension of time of up to and including April 30, 2007, to respond to plaintiff's memorandum of law in opposition to defendants' motion for summary judgment.  Undersigned counsel and Attorney Audrey Kramer are presently representing the defendants in this matter.  Unfortunately, both counsel have undergone hospitalization and surgical procedures for medical conditions during the past three weeks that has caused both of us to be absent from the office for over a week in each instance, and Attorney Kramer is still not back at work on a full time basis.  Additionally, the Office of Corporation Counsel is operating with a reduced number of attorneys in the litigation section due to the continuing difficulty in replacing a litigation attorney who left this office in January, 2007.  As a result of the above, undersigned counsel and Attorney Kramer have not yet had

**ORAL ARUGUMENT NOT REQUESTED**

sufficient time to review the opposition filing of the plaintiff and the documents that the plaintiff has submitted.

In accordance with D. Conn. L. Civ. R. 7(b), the undersigned represents that Attorney Kramer spoke with plaintiff's attorney, Katrena Engstrom on April 16, 2007, and Attorney Engstrom told Attorney Kramer that she did not object to this extension of time.

This is defendants' first request for an extension of time to respond to plaintiff's memorandum of law in opposition to defendants' motion for summary judgment.

THE DEFENDANTS,

BY: /s/_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT 06510
(203) 946-7970
Fax: (203) 946-7942
E-mail: mwolak@newhavenct.net
Fed. Bar #ct12681
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was delivered electronically and/or mailed, postage prepaid, on April 17, 2007, to the following counsel of record:

Katrena Engstrom, Esq.
John R. Williams, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

/s/:_____
Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D020\P004\00024663.DOC