UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FAIR HAVEN DEVELOPMENT CORPORATION | : | |
| | : | |
| v. | : | CASE NO. 3:02CV2130 (AWT) |
| | : | |
| JOHN DESTEFANO, JULIO GONZALEZ, ANDREW J. RIZZO JR., and the CITY OF NEW HAVEN | : | |

### JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants John DeStefano, Julio Gonzalez, Andrew J. Rizzo Jr., and the City of New Haven.

Dated at Hartford, Connecticut, this 21st day of December, 2007.

ROBERTA D. TABORA, Clerk
United States District Court

By *Sandra Smith*
Sandra Smith
Deputy Clerk